FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2007 NOV -9  AM 9:49

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| JUDITH K. ROGAN, individually<br>and as Trustee of the<br>Judith K. Rogan Revocable Trust<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br>and DEXIA CREDIT LOCAL, f/k/a<br>DEXIA PUBLIC FINANCE and<br>CREDIT BANK and CREDIT<br>LOCAL DE FRANCE,<br><br>      Defendants. | No. **2:07 CV 403 PS**<br><br>Formerly case No. 64D05-0710-PL-10161, Superior Court, Porter County, Indiana. |

## NOTICE OF REMOVAL OF A CIVIL ACTION

To: Linda Mckinney
   Court Administrator
   Porter County
   16 Lincolnway, Suite 427
   Valparaiso, Indiana 46383

   Hon. Mary R. Harper
   Porter Superior Court
   16 Lincolnway, Suite 313
   Valparaiso, Indiana 464383

   Scott Mendeloff
   Sidley & Austin LLP
   One South Dearborn Street
   Chicago, Illinois 60603

   Alison Fox
   Baker & Daniels LLP
   First Bank Building, Suite 250
   205 West Jefferson Boulevard
   South Bend, IN 46601

   Michael J. O'Rourke
   O'Rourke, Kattan & Moody
   161 N. Clark Street, Suite 2230
   Chicago, Illinois 60601

The United States of America, by its attorney, David Capp, Acting United States Attorney for the Northern District of Indiana, submits this notice of removal of the above-captioned civil action from the Porter Superior Court, Valparaiso, Illinois, to the United States District Court, Northern District of Indiana, pursuant to 28 U.S.C. § 1442(a), and in support of that notice states the following:

1. The United States has been made a party to a civil action now pending in Porter Superior Court in Valparaiso, Indiana captioned Judith K. Rogan, individually and as Trustee of the Judith K. Rogan Revocable Trust v. The United States of America and Dexia Credit Local, f/k/a/ Dexia Public Finance and Credit Bank and Credit Local de France, No. 64D05-0710-PL-10161.

2. The state court action is a refiling of a previously dismissed federal suit captioned Judith K. Rogan, individually and as Trustee of the Judith K. Rogan Revocable Trust v. The United States of America and Dexia Credit Local, f/k/a/ Dexia Public Finance and Credit Bank and Credit Local de France, No. 2:2007-CV-00280 RM (N.D. Ind.). The federal suit was dismissed on October 29, 2007.

3. If the United States has waived its sovereign immunity to be sued, such waiver would be pursuant to 28 U.S.C. § 2410.

4. This case is therefore removable to the United States District Court for the Northern District of Indiana pursuant to 28 U.S.C. §§ 1442 and 1444, both of which allow a state court action against the United States to be removed to the federal district court in which the state action is pending.

5. Pursuant to 28 U.S.C. § 1446(d), the state court shall proceed no further on Judith K. Rogan's complaint unless and until the case is remanded.

6. A copy of the process and pleadings served upon the United States of America are attached hereto.

WHEREFORE, the action now pending in the Porter Superior Court in Valparaiso, Indiana is hereby removed to this court pursuant to 28 U.S.C. §§ 1442 and 1444.

Respectfully submitted,

DAVID CAPP
Acting United States Attorney

By: *Linda A. Wawzenski*
LINDA A. WAWZENSKI
Special Assistant United States Attorney
U.S. Attorney's Office
219 South Dearborn Street
Chicago, IL 60604
(312) 353-1994
Fax: (312) 886-4073

## CERTIFICATE OF SERVICE

LINDA A. WAWZENSKI hereby certifies that on November 9, 2007, she caused a copy of: **NOTICE OF REMOVAL OF A CIVIL ACTION** to be sent by Federal Express to Linda Mckinney, Court Administrator, Porter County, 16 Lincolnway, Suite 427, Valparaiso, Indiana 46383, and Alison Fox, Baker & Daniels LLP, First Bank Building, Suite 250, 205 West Jefferson Boulevard, South Bend, IN 46601 and Via Hand Delivery to Michael J. O'Rourke, O'Rourke, Kattan & Moody, 161 N. Clark Street, Suite 2230, Chicago, Illinois 60601 and Scott Mendeloff, Sidley & Austin LLP, One South Dearborn Street, Chicago, Illinois 60603 and Via Facsimile (219) 465-3647 to Hon. Mary R. Harper, Porter Superior Court, 16 Lincolnway, Suite 313, Valparaiso, Indiana 464383.

_Linda A. Wawzenski_
LINDA A. WAWZENSKI
Special Assistant United States Attorney

JS 44
(Rev 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JUDITH K. ROGAN, individually and as Trustee of the Judith K. Rogan Revocable Trust

## DEFENDANTS
THE UNITED STATES OF AMERICA and DEXIA CREDIT LOCAL f/k/a DEXIA PUBLIC FINANCE and CREDIT BANK and CREDIT LOCAL DE FRANCE

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Alison G. Fox, Baker and Daniels, LLP, First Bank Building, Suite 250, 205 W. Jefferson Blvd. South Bend, Indiana 46601 Tel.: 574-239-1988

Attorneys (If Known)
Joseph S. Reid, AUSA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury— Product Liability | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 330 Federal Employers' Liability | | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc |
| [ ] 150 Recovery of Overpayment & Enforcement of | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans(Excl. Veterans) | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | | | | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| | | | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | | | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | | | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing / Accomodations | Habeas Corpus: | [ ] 740 Railway Labor Act | | |
| [ ] 240 Torts to Land | | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 890 Other Statutory Actions |
| [x] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Removed under Title U.S.C. 1444 and 1442

## VII. REQUESTED IN COMPLAINT
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) (See Instructions)

DATE: 11-09-07

SIGNATURE OF ATTORNEY OF RECORD
Joseph Reid, AUSA

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG _____

| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
|---|---|---|
| | ) | |
| COUNTY OF PORTER | ) | SITTING AT VALPARAISO, INDIANA |

NOV - 2 2007

JUDITH K. ROGAN, individually and as Trustee )
of the Judith K. Rogan Revocable Trust, )
    Plaintiff, )
)
-vs- )    CAUSE NO. 64D05-0710-PL-10161
)
THE UNITED STATES OF AMERICA and )
DEXIA CREDIT LOCAL f/k/a DEXIA PUBLIC )
FINANCE and CREDIT BANK and )
CREDIT LOCAL DE FRANCE, )
    Defendants. )

THE STATE OF INDIANA TO RESPONDENT:    THE UNITED STATES OF AMERICA
c/o United States Attorney for the Northern District of Indiana
5400 Federal Plaza
Hammond, IN 46320

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment may be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you must assert such claim in writing together with your written answer.

The following manner of service is hereby designated:    **Certified Mail**

Attorney for Plaintiff:        Date: 10-31-07
Alison G. Fox
BAKER & DANIELS LLP        DALE BREWER
First Bank Building, Suite 250    CLERK OF THE PORTER CIRCUIT AND
205 W. Jefferson Blvd.        SUPERIOR COURTS
South Bend, IN 46601
Tel. No.: (574) 239-1988        By: _____ Deputy Clerk

**PREPARATION DATA:**
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service. If service is by certified mail a properly addressed envelope shall be provided for each Respondent. Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court.    (Form: CS 1/97)

File: 00056484.WPD

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that of the __31__ day of __Oct__, 2007, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Respondent, __above named__, by __Cert__ mail, requesting a return receipt, at the address furnished by the Plaintiff.

DALE BREWER
CLERK OF THE PORTER CIRCUIT AND SUPERIOR COURTS

Dated: __10-31-07__, 2007. By: _____
                                      Deputy Clerk

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing the that the SUMMONS and a copy of the COMPLAINT mailed to Respondent, _____, was accepted by the Respondent on the _____ day of _____, 2007.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____ day of _____, 2007.

DALE BREWER
CLERK OF THE PORTER CIRCUIT AND SUPERIOR COURTS

Dated: _____, 2007. By:_____
                                  Deputy Clerk

### RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1. By delivering on _____, 2007, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2. By leaving on _____, 2007, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3. This SUMMONS came to hand this date, _____, 2007. The within named _____ was not found in my bailiwick this date, _____, 2007

ALL DONE IN PORTER COUNTY, INDIANA.

SHERIFF OF PORTER COUNTY, INDIANA
By:_____

### SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____, Indiana, on this date, _____, 2007.

Signature of Respondent:_____

File: 00056484.WPD

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| | ) | |
| COUNTY OF PORTER | ) | SITTING AT VALPARAISO, INDIANA |

JUDITH K. ROGAN, individually and as Trustee )
of the Judith K. Rogan Revocable Trust, )
    Plaintiff, )
)
-vs- ) CAUSE NO. 64D05-0710-PL-10161
)
THE UNITED STATES OF AMERICA and )
DEXIA CREDIT LOCAL f/k/a DEXIA PUBLIC )
FINANCE and CREDIT BANK and ) NOV - 2 2007
CREDIT LOCAL DE FRANCE, )
    Defendants. )

### APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification: Initiating ●  Responding ○  Intervening ○

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Judith K. Rogan, individually and as Trustee of the Judith K. Rogan Revocable Trust**

2. Applicable attorney information for service as required by Trial Rule 5(b)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | ALISON G. FOX | Atty. No: 21321-71A | |
| Address: | First Bank Building, Suite 250 | Phone: (574) 239-1988 | |
| | 205 W. Jefferson Blvd. | | |
| | South Bend, IN 46601 | FAX: (574) 472-4588 | |
| | EMAIL: ALISON.FOX@BAKERD.COM | | |

3. There are other party members:      Yes ○   No ●

4. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):      PL

5. Will Plaintiff accept service by FAX:      Yes ○   No ●

6. This case involves support issues.      Yes ○   No ●

7. There are related cases:      Yes ○   No ●

8. This form has been served on all other parties.
   Certificate of Service is attached:      Yes ○   No ●

File: 00056253.WPD

PORTER SUPERIOR/CIRCUIT COURT
ENTRY FORM

NOV - 2 2007

Judith K. Rogan
Plaintiff,

VS.

The United States of America,
et al
Defendant,

CAUSE NO. 64D5-0710-PL-10161

FILED
IN OPEN COURT

OCT 3 0 2007

Mary R. Harper
Porter Circuit and Superior Court

CCS Summary as Follows:

The decision of the Court should be summarized as follows in the Chronological Case Summary under this cause number:

Plaintiff files Complaint, Summons, Appearance Form, Motion for Preliminary Injunction and Memorandum in Support thereof. Hearing set for November 14, 2007 at 9:30 am. All Counsel to provide service.

Signature of Moving Counsel
Name and Address:
Alison G. Fox
First Bank Building, Suite 205
205 W. Jefferson
Telephone: South Bend, IN

Attorney I.D. No.:
Attorney for: Plaintiff

Service to be by:

Attorney ✓
Court ___
Clerk ___

For Court Use: RJO

Yes ___ No ___

APPROVED: _____