FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2007 NOV -9 AM 9:49

# NOTICE OF APPEARANCE

JUDITH K. ROGAN, individually and as Trustee of the Judith K. Rogan Revocable Trust
    Plaintiff,

v.                                        CASE NO.

THE UNITED STATES OF AMERICA and            2:07 CV 405 PS
DEXIA CREDIT LOCAL f/k/a DEXIA PUBLIC FINANCE and
CREDIT BANK and CREDIT LOCAL DE FRANCE
    Defendant.

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the *Standards for Professional Conduct with the Seventh Federal Judicial Circuit* pursuant to N. D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for the

        David Capp
        Acting United States Attorney

Date: November 9, 2007     By: _____
        Joseph S. Reid
        5400 Federal Plaza, Suite 1500
        Hammond, Indiana  46320
        (219) 937-5500
        Fax:  (219) 937-5544

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, Joseph S. Reid, electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following attorney for plaintiff: n/a and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

Alison G. Fox
Baker & Daniels, LLP
First Bank Building, Suite 250
205 W. Jefferson Blvd.
South Bend, IN 46601
Tel: (574) 239-1988

David C. Cerven
Smith & DeBonis, LLC
9696 Gordon Drive
Highland, IN 46322
Tel: (219) 922-1000

Michael J. O'Rourke
Joel L. Lipman
Joshua R. Diller
O'Rourke, Kattan & Moody
161 N. Clark St., Suite 2230
Chicago, IL 60601
Tel: (312) 849-2020

Scott Mendeloff
Sidley & Moody & Austin, LLP
One South Dearborn Street
Chicago, IL 60603

_____
Amber N. Mills
Legal Assistant

OFFICE OF:

United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500
Fax: (219) 937-5544