| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER _____ COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | CAUSE NO. |

JUDITH K. ROGAN, individually and )
as Trustee of the Judith K. Rogan )
Revocable Trust, )
                                   )
    Plaintiff, )
                                   )
    vs. )
                                   )
THE UNITED STATES OF AMERICA )   Jury Trial Demanded
and DEXIA CREDIT LOCAL, f/k/a )
DEXIA PUBLIC FINANCE and )
CREDIT BANK and CREDIT LOCAL )
DE FRANCE, )
                                   )
    Defendants. )

## AFFIDAVIT OF JUDITH K. ROGAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Judith K. Rogan, being first duly sworn, deposes and states:

1. Affiant is a resident of Valparaiso, Indiana in Porter County and has resided in Valparaiso since 1983.

2. Affiant is owner of the real property known as 476 Wexford Road, Valparaiso, Indiana 46385 and acquired this property in 1989 and placed it in a trust in which she is the sole beneficiary in 1994. A true and correct copy of the deeds by which Affiant acquired title is attached and incorporated as Exhibit A.

3. Affiant has owned the Wexford property continuously since 1989. Affiant has paid all mortgage and related property costs on the residence and has maintained the residence with her family since the property was acquired.

4. On August 14, 2007, Affiant has contracted to sell the Wexford property to Mary and Allen O'Brien for the purchase price of $1,600,000.00. A true and correct copy of the contract is attached and incorporated as Exhibit B. The date of the closing has been set for November 15, 2007.

5. Unbeknownst to Affiant, the United States filed liens against the Wexford property in July, 2007. These liens came to Affiant's attention through the title company which has advised Affiant that the sale cannot proceed until the liens are released. On information and belief, a copy of the liens is attached and incorporated as Exhibit C. Affiant also understands that a lien has been filed against the property by Dexia Credit Local. To Affiant's knowledge, a copy of the lien is attached as Exhibit D.

6. To Affiant's knowledge, the liens filed against the Wexford property arise out of two lawsuits involving Peter Rogan, Affiant's husband. Affiant is not a party to either of the lawsuits and was not involved in any way with Peter Rogan's business dealings out of which the lawsuits arose, which Affiant understands involved the business of Edgewater Hospital in Chicago, which her husband at one time owned through one of his companies.

7. The judgment liens holding up the sale of Affiant's property are causing substantial hardship to Affiant. Affiant cannot perform on the contract with the O'Briens and will lose the benefit of the sale if the liens are not released or nullified to allow the sale to close.

Further Affiant Sayeth Not.

_____
Judith K. Rogan