UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# *NOTICE OF APPEARANCE*

| | |
|---|---|
| JUDITH K. ROGAN, individually and as Trustee of the Judith K. Rogan Revocable Trust,<br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DEXIA CREDIT LOCAL f/k/a DEXIA PUBLIC FINANCE and CREDIT BANK and CREDIT LOCAL DE FRANCE,<br>            Defendant. | CASE NO.  2:07CV 403PS |

To the Clerk of this court and all parties of record:

     I, the below-signed, state that I have read the *Standards for Professional Conduct with the Seventh Federal Judicial Circuit* pursuant to N. D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

     Enter my appearance as counsel in this case for the Defendant, United States of America.

                                                    David Capp
                                                  Acting United States Attorney

Date:  November 13, 2007     By:    s/ Linda A. Wawzenski
                                                    LINDA A. WAWZENSKI
                                                    U.S. Attorney's Office
                                                    219 S. Dearborn Street
                                                    Chicago, Illinois 60604
                                                    (312) 353-1994
                                                    Fax:  (312) 886-4073

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, Linda A. Wawzenski, electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Scott Mendeloff, Esq., Alison G. Fox, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Joel L. Lipman PHV
Michael J. O'Rourke PHV
O'Rourke, Katten & Moody
161 N. Clark Street, Suite 2230
Chicago, IL 60601

By:  s/Linda A. Wawzenski

United States Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-5300
Fax:  (312) 886-4073