UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

APPEARANCE

**JUDITH K. ROGAN**
      Plaintiff

v.                               Case Number **2:07 CV 403PS**

**UNITED STATES OF AMERICA et.al.**
      Defendant

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for **Plaintiff JUDITH K. ROGAN individually and as Trustee of the Judith K. Rogan Revocable Trust**

**11/13/2007**
Date

Signature

**Joel L. Lipman**
Print Name

**161 N. Clark Street, Suite 2230**
Address

**Chicago, Illinois 60601**
City             State             Zip Code

**(312)849-2020**
Phone Number

**(312)849-2021**
Fax Number

**jlipman@okmlaw.com**
E-mail Address