# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

### APPEARANCE

JUDITH K. ROGAN, individually
And as Trustee of the Judith K.
Rogan Revocable Trust,

       Plaintiff

   v.            ***CASE NUMBER    2:07-CV-403PS***

UNITED STATES OF AMERICA
And DEXIA CREDIT LOCA., et al.

      Defendant.

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(b), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for **Plaintiff, Judith K. Rogan**

November 13, 2007           /s/ David Cerven
*Date*                     *Signature*

                     DAVID CERVEN
                    *Print Name*

                    3991-45
                    *Indiana Attorney Registration Number*

                    9696 Gordon Drive
                    *Address*

                    Highland, Indiana 46322
                    *City*           *State*        *Zip Code*

                    219-922-1000
                    *Phone Number*

                    219-922-1600
                    *Fax Number*

                    dcerven@sd1law.com        e-mail address

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2007, I served the attached

pleadings upon:

Alison G. Fox, Alison.Fox@bakerd.com
Joel L. Lipman, jlipman@okmlaw.com
Joshua R. Diller, jdiller@okmlaw.com
Michael J. O'Rourke, morourke@okmlaw.com
Joseph S. Reid, joseph.ried@usdoj.gov
Linda A. Wawzenski, Linda.Wawzenski@usdoj.gov

Via the Court's electronic filing system.

  /s/ David Cerven
DAVID CERVEN
Attorney No. 3991-45
SMITH & DeBONIS, LLC
9696 Gordon Drive
Highland, IN 46322
(219) 922-1000
(219) 922-1600 facsimile