UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JUDITH K. ROGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:07-CV-403 PPS |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The undersigned hereby disqualifies himself from this case.

Pursuant to Title 28, United States Code, Section 455(a), and the Northern District of Indiana Local Rule 40.1(g), the Clerk of the Court is **DIRECTED** to randomly reassign this case to another district judge resident in the Hammond Division.

**SO ORDERED**.

ENTERED:  November 13, 2007

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT