IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JUDITH K. ROGAN ) | |
| ) | |
| Plaintiff ) | Civil Number: 2:07CV403 |
| v. ) | |
| THE UNITED STATES OF AMERICA ) | Judge Joseph S. Van Bokkelen |
| AND DEXIA CRÉDIT LOCAL, ) | |
| ) | |
| Defendants ) | |

## APPEARANCE

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Dexia Crédit Local.

Dated: November 14, 2007

Respectfully submitted,

By: _____

Eric S. Pruitt
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, Illinois 60603
ph: (312) 853-7000
fax: (312) 853-7036

Attorney for Defendant Dexia Crédit Local

## CERTIFICATE OF SERVICE

I, Eric Pruitt, an attorney, do hereby certify that I filed and caused to be served the foregoing **Appearance** with the Clerk of Court using the CM/ECF system (unless otherwise noted below) this 14th day of November.

/s Eric S. Pruitt

## SERVICE LIST

David Cerven
SMITH & DeBONIS, LLC
9696 Gordon Drive
Highland, Indiana 46322
(219) 922-1000
(219) 922-1600 (facsimile)

Alison G. Fox
BAKER & DANIELS LLP
205 West Jefferson Blvd., Suite 250
South Bend, Indiana 46601
(574) 239-1988
(574) 239-1900 (facsimile)

Michael J. O'Rourke
O'ROURKE, KATTAN & MOODY
161 N. Clark St., Suite 2230
Chicago, IL 60601
(312) 849-2020
(312) 849-2020 (facsimile)

AUSA Joseph S. Reid
AUSA Joseph Stewart
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500
(219) 937-5544 (facsimile)

**Of Counsel (served by U.S. Mail)**