UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUDITH K. ROGAN, individually ) <br> and as Trustee of the Judith K. Rogan ) <br> Revocable Trust, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA ) <br> AND DEXIA CREDIT LOCAL, f/k/a ) <br> DEXIA PUBLIC FINANCE and CREDIT ) <br> BANK and CREDIT LOCAL DE FRANCE ) <br> ) <br> Defendants. ) | Civil Number: 2:07-CV-403 JVB |

ORDER

This matter is before the Court on the motion of the plaintiff, Judith K. Rogan, individually and as Trustee of the Judith K. Rogan Revocable Trust.  Before presentation of evidence or argument the parties have informed the Court that an agreement has been reached as to the issues relating to the closing of the sale of real property located at 476 Wexford Court Valparaiso, Indiana.  The agreement of the parties is as follows:

The closing of the anticipated sale shall proceed as soon as possible. The net sale proceeds after payment of the first mortgage, tax proration and closing costs shall be deposited in an interest bearing account at a bank or financial institution to be selected by the plaintiff, and is to be held in escrow pending further order of the Court.

Counsel for defendants, namely Special Assistant United States Attorney Linda Wawzenski for the United States and Sidley Austin for Dexia Credit Local shall cooperate with the title company to permit the title company to insure over liens which are subject of this action so as to permit title to be passed to the proposed buyers free and clear of the liens or interest of

defendants with the claims of defendants attaching to the escrow sale proceeds subject to further order of the Court.

Based on the forgoing agreement, the motion of the plaintiff for temporary restraining order is withdrawn.

SO ORDERED on November 15, 2007.

      s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge

Approved as to form:

/s/ Linda A Wawzenski
Linda A. Wawzenski, SUSA
UNITED STATES OF AMERICA

/s/ Scott Mendeloff
Scott Mendeloff
SIDLEY AUSTIN, LLP

/s/ Michael J. O'Rourke
Michael J. O'Rourke
O'ROURKE, KATTEN & MOODY