**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| JUDITH K. ROGAN | ) | |
| | ) | |
| Plaintiff | ) | Civil Number: 2:07 CV 403PS |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | Judge Joseph Van Bokkelen |
| AND DEXIA CRÉDIT LOCAL, f/k/a | ) | |
| DEXIA PUBLIC FINANCE and CREDIT | ) | |
| BANK and CREDIT LOCAL DE FRANCE | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**DEFENDANT DEXIA CRÉDIT LOCAL 'S MOTION FOR LEAVE *INSTANTER* TO FILE MEMORANDUM OF LAW IN EXCESS OF 25 PAGES**

Defendant Dexia Credit Local ("Dexia"), by its attorneys, moves this Court for the entry of an order granting it leave to file *instanter* a memorandum in excess of local page limitations in support of its Motion To Transfer Venue. In support of this motion, Dexia states as follows:

1. Northern District of Indiana Local Rule 7.1(d) provides that no brief shall exceed 25 pages without prior approval of the court.

2. Dexia has made every effort to stay within the required page limitation, but the long and complex history the proceedings involving Dexia, the United States and the Rogans, combined with the number of factual and legal issues addressed, required a comprehensive memorandum of law in excess of the 25-page limit.

3. Dexia's Motion To Transfer Venue And Memorandum In Support only exceeds the page limitation by four pages, for a total of 29 pages.

WHEREFORE, for the foregoing reasons, Dexia respectfully requests that the Court grant this motion and enter an order granting Dexia leave to a memorandum in excess of local page limitations in support of its Motion To Transfer Venue.

Respectfully submitted,

**Dated:  November 18, 2007**                              DEFENDANT DEXIA CRÉDIT LOCAL

By:      Eric S. Pruitt
     One of its attorneys

Scott Mendeloff
Gabriel Aizenberg
Eric S. Pruitt
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I, Eric Pruitt, an attorney, do hereby certify that I filed the foregoing **PLAINTIFF DEXIA CRÉDIT LOCAL 'S MOTION FOR LEAVE *INSTANTER* TO FILE MEMORANDUM OF LAW IN EXCESS OF 25 PAGES**, with the Clerk of Court and caused it to be served on the counsel below using the CM/ECF system (unless otherwise noted) this 18th day of November.

/s  Eric S. Pruitt

## SERVICE LIST

David Cerven
SMITH & DeBONIS, LLC
9696 Gordon Drive
Highland, Indiana  46322
(219) 922-1000
(219) 922-1600 (facsimile)

Alison G. Fox
BAKER & DANIELS LLP
205 West Jefferson Blvd., Suite 250
South Bend, Indiana 46601
(574) 239-1988
(574) 239-1900 (facsimile)

Michael J. O'Rourke
O'ROURKE, KATTAN & MOODY
161 N. Clark St., Suite 2230
Chicago, IL  60601
(312) 849-2020
(312) 849-2020 (facsimile)

**Of Counsel (served by email)**

AUSA Joseph S. Reid
AUSA Linda Wawzenski
AUSA Joseph Stewart
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500
(219) 937-5544 (facsimile)