## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JUDITH K. ROGAN, individually and as Trustee of the Judith K. Rogan Revocable Trust, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 2:2007 CV 403 |
| THE UNITED STATES OF AMERICA and DEXIA CREDIT LOCAL, f/k/a DEXIA PUBLIC FINANCE and CREDIT BANK and CREDIT LOCAL DE FRANCE, | ) ) ) ) ) | Formerly case No. 64D05-0710-PL-1061, Superior Court, Porter County, Indiana |
| Defendants. | ) ) | |

### NOTICE OF EMERGENCY MOTION

To:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on **November 19, 2007, at 1:30 p.m.**, we shall appear telephonically for a hearing on Plaintiff's Motion for Rule to Show Cause and Sanctions for Violations of Court order of November 15, 2007 before the Honorable Judge Joseph S Van Bokkelen in the United States District Court, Northern District of Indiana, Hammond Division, 5400 Federal Plaza, Suite 4200, Courtroom IV, Hammond, Indiana 46320.

    Respectfully submitted,

    JUDITH K. ROGAN, individually and
    as trustee of the Judith K. Rogan Trust


    By: /s/ Michael J. O'Rourke
        On of her attorneys

Michael J. O'Rourke
Joel L. Lipman
Joshua R. Diller
O'Rourke Katten & Moody
161 N. Clark Street, Suite 2230
Chicago, Illinois 60601
(312) 849-2020

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

/s/ Michael J. O'Rourke

**Gabriel Aizenberg**:  gaizenberg@sidley.com

**David Cerven**  dcerven@sd1law.com, sdoffice@sd1law.com

**Alison G Fox:**  Alison.Fox@bakerd.com, Alicia.Cummins@bakerd.com, marion.jacobson@bakerd.com, Melissa.Bozzuto@bakerd.com

**Scott Mendeloff**  smendeloff@sidley.com, efilingnotice@sidley.com

**Eric S Pruitt**  epruitt@sidley.com, efilingnotice@sidley.com

**Joseph S Reid - AUSA**  joseph.reid@usdoj.gov, amber.mills@usdoj.gov, denise.konieczka@usdoj.gov

**Linda A Wawzenski**  Linda.Wawzenski@usdoj.gov, carolyn.fiebig@usdoj.gov