UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### *NOTICE OF APPEARANCE*

| | | |
|---|---|---|
| JUDITH ROGAN, *etc.* | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:07 CV 403PS |
| | ) | |
| v. | ) | Judge Joseph Van Bokkelen |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the *Standards for Professional Conduct with the Seventh Federal Judicial Circuit* pursuant to N. D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for the Defendant, United States of America.

Respectfully submitted,

DAVID CAPP
Acting United States Attorney

Date:  November 19, 2007

By: s/ Joseph A. Stewart
    JOSEPH A. STEWART
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6008

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, Joseph A. Stewart, electronically filed the

foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system

which sent notification of such filing to the following: *all attorneys of record having*

*electronically filed appearances,* and I hereby certify that I have mailed by United States Postal

Service the document to the following non-CM/ECF participants:

*none*

By:     s/Joseph A. Stewart

United States Attorney's Office
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 469-6008
Fax: (312) 886-3501