**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| JUDITH ROGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:07-CV-403 JVB |
| | ) |
| UNITED STATES OF AMERICA | ) |
| and DEXIA CREDIT LOCAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pursuant to Fed. R. Civ. P.65 (a) (2), the hearing on the merits of this cause is consolidated with the hearing on Plaintiff's motion for preliminary injunction, saving to the parties any rights they may have to trial by jury.

The Defendant Dexia Credit Local's motion for transfer of the case is referred to Magistrate Judge Paul R. Cherry for decision. Judge Cherry is requested to establish an expedited scheduling order on all matters, including but not limited to briefing, discovery, and dispositive motions.

SO ORDERED on November 19, 2007.

                                                             s/ Joseph S. Van Bokkelen
                                                            Joseph S. Van Bokkelen
                                                            United States District Judge