**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JUDITH ROGAN,        )<br>    Plaintiff,        )<br>        )<br>v.        )<br>        )<br>UNITED STATES OF AMERICA and        )<br>DEXIA CREDIT LOCAL, f/k/a Dexia Public        )<br>Finance and Credit Bank and Credit        )<br>Local of France.        )<br>    Defendants.        ) | CAUSE NO.: 2:07-CV-403-JVB |

**ORDER**

This matter is before the Court on Defendant Dexia Crédit Local's Motion For Leave Instanter to File Memorandum of Law In Excess of 25 Pages [DE 25], filed by Defendant Dexia Crédit Local on November 18, 2007. The Defendant requests leave to file an oversize Memorandum of Law in Support of its Motion to Transfer Venue that is twenty-nine pages.

Having reviewed the motion, the Court hereby **GRANTS** Defendant Dexia Crédit Local's Motion For Leave Instanter to File Memorandum of Law In Excess of 25 Pages [DE 25]. The Court recognizes that Defendant has already electronically filed its memorandum, which is docketed at entry number 24.

So ORDERED this 20th day of November, 2007.

                                                  s/ Paul R. Cherry
                                                MAGISTRATE JUDGE PAUL R. CHERRY
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record