UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JUDITH K. ROGAN | ) | |
| | ) | |
| Plaintiff | ) | Civil Number: 2:07CV403PS |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | Judge Joseph S. Van Bokkelen |
| AND DEXIA CRÉDIT LOCAL, | ) | Mag. Judge Paul R. Cherry |
| | ) | |
| Defendants | ) | |

**DEXIA CRÉDIT LOCAL'S NOTICE REGARDING EXTENSION
OF TIME TO ANSWER PLAINTIFF'S <u>COMPLAINT</u>**

Defendant Dexia Crédit Local ("Dexia") was served with Plaintiff's Complaint on November 5, 2007. This means that the due date for Dexia to answer Plaintiff's Complaint was November 26, 2007. On November 23, 2007, counsel for Dexia contacted Plaintiff's counsel, Michael O'Rourke, to request an extension of this time period. Plaintiff's counsel consented to a 30-day extension for Dexia to answer Plaintiff's Complaint. Thus, under Local Rule 6.1, Dexia now has until December 26, 2007 to answer Plaintiff's Complaint. By filing this notice, Dexia does not waive any objections it may have to jurisdiction and venue.

Dated: November 26, 2007          DEXIA CRÉDIT LOCAL

                                              <u>s/ Eric S. Pruitt</u>
                                              Scott Mendeloff
                                              Gabriel Aizenberg
                                              Eric S. Pruitt
                                              SIDLEY AUSTIN LLP
                                              One South Dearborn Street
                                              Chicago, Illinois 60603
                                              (312) 853-7000

                                              *Attorneys for Defendant Dexia Crédit Local*

## CERTIFICATE OF SERVICE

I, Eric Pruitt, an attorney, do hereby certify that I filed the foregoing **DEXIA CRÉDIT LOCAL'S NOTICE REGARDING EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**, with the Clerk of Court using the CM/ECF system this 26th day of November.

/s  Eric S. Pruitt

## SERVICE LIST

David Cerven
SMITH & DeBONIS, LLC
9696 Gordon Drive
Highland, Indiana  46322
(219) 922-1000
(219) 922-1600 (facsimile)

Alison G. Fox
BAKER & DANIELS LLP
205 West Jefferson Blvd., Suite 250
South Bend, Indiana 46601
(574) 239-1988
(574) 239-1900 (facsimile)

Michael J. O'Rourke
O'ROURKE, KATTAN & MOODY
161 N. Clark St., Suite 2230
Chicago, IL  60601
(312) 849-2020
(312) 849-2020 (facsimile)

AUSA Joseph S. Reid
AUSA Joseph Stewart
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500
(219) 937-5544 (facsimile)

**Of Counsel (served by email)**

CH1 4076174v.1