UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUDITH ROGAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:07-CV-403-JVB |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| DEXIA CREDIT LOCAL, f/k/a Dexia Public ) | |
| Finance and Credit Bank and Credit ) | |
| Local of France. ) | |
|     Defendants. ) | |

**ORDER**

This matter is before the Court on Dexia Crédit Local's Motion to Transfer Venue and Memorandum in Support [DE 25], filed by Defendant Dexia Crédit Local on November 18, 2007.

The Court now **TAKES UNDER ADVISEMENT** Dexia Crédit Local's Motion to Transfer Venue and Memorandum in Support [DE 25] and **CLARIFIES** that pursuant to Local Rule 7.1(a) and Federal Rule of Civil Procedure 6(a), (e), any response to the Motion to Transfer Venue is due on or before **December 6, 2007**, and any reply in support of the Motion to Transfer Venue is due on or before **December 20, 2007**.

So ORDERED this 3rd day of December 2007.

                                          s/ Paul R. Cherry
                                          MAGISTRATE JUDGE PAUL R. CHERRY
                                          UNITED STATES DISTRICT COURT

cc:    All counsel of record