UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUDITH K. ROGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:07CV403PS |
| UNITED STATES OF AMERICA and | ) |
| DEXIA CREDIT LOCAL, f/k/a/ DEXIA | ) Judge Joseph Van Bokkelen |
| PUBLIC FINANCE AND CREDIT BANK | ) |
| AND CREDIT LOCAL DE FRANCE, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' CONCURRENCE
WITH DEXIA CREDIT LOCAL'S
<u>MOTION TO TRANSFER VENUE</u>**

The United States of America by David Capp, Acting United States Attorney, hereby concurs with the motion to transfer venue filed in this cause by co-defendant Dexia Credit Local on November 18, 2007, as Docket Entry No. 24.

Respectfully submitted,

DAVID CAPP
Acting United States Attorney

By: <u>s/Linda A. Wawzenski</u>
    LINDA A. WAWZENSKI
    Special Assistant United States Attorney
    219 South Dearborn Street
    Chicago, IL 60604
    (312) 353-1994
    Fax: (312) 886-4073