## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| JUDITH ROGAN,<br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and<br>DEXIA CREDIT LOCAL, f/k/a Dexia Public<br>Finance and Credit Bank and Credit<br>Local of France.<br>    Defendants. | )<br>)<br>)<br>)   CAUSE NO.: 2:07-CV-403-JVB<br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED ORDER

This matter is before the Court on Dexia Crédit Local's Motion to Transfer Venue and Memorandum in Support [DE 24], filed by Defendant Dexia Crédit Local on November 18, 2007.

The Court now **TAKES UNDER ADVISEMENT** Dexia Crédit Local's Motion to Transfer Venue and Memorandum in Support [DE 24] and **CLARIFIES** that pursuant to Local Rule 7.1(a) and Federal Rule of Civil Procedure 6(a), (e), any response to the Motion to Transfer Venue is due on or before **December 6, 2007**, and any reply in support of the Motion to Transfer Venue is due on or before **December 20, 2007**.

So ORDERED this 4th day of December, 2007.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:     All counsel of record