UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JUDITH K. ROGAN, and as Trustee of the Judith K Rogan Revocable Trust )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA , DEXIA )<br>CREDIT LOCAL formerly known as Dexia )<br>Public Finance, CREDIT BANK, et al )<br>)<br>Defendants ) | CAUSE NO.: 2:07-CV-403 |

**NOTICE OF RULE 16 PRELIMINARY PRETRIAL CONFERENCE**

In accordance with Federal Rule of Civil Procedure 16, this cause is now set for a **Telephonic Preliminary Pretrial Conference on January 10, 2008 at 2:00 p.m. (Chicago/Hammond time).** The Court will call counsel and/or parties as listed on the docket sheet unless it is notified that specified attorneys need not be contacted. Counsel and/or parties may contact the Court's Case Manager at sue_brown@innd.uscourts.gov with any change in telephone number for the conference within 24-48 hours in advance.

Counsel and/or parties shall indicate whether their clients are willing to consent to transfer this case to a Magistrate Judge for all purposes, including trial, by executing and submitting the attached consent form. The attached consent form shall be executed and returned to the Clerks Office by one of the following means: by email at hmdclerks@innd.uscourts.gov, by the United States mail, by personal delivery, or by orally consenting on the record during the preliminary pretrial conference. Pursuant to General Order 2007-10, counsel or parties shall submit their consent forms not later than 20 days after the preliminary pretrial conference.

**At the conference counsel shall be prepared to address the following:**

**1. A proposed Discovery Plan under Federal Rule of Civil Procedure 26(f) to be filed no later than five (5) business days prior to the pretrial conference.** Counsel are directed to the court's website, *www.innd.uscourts.gov*, "Info/Forms", "Forms" under "Quick links" for a suitable form of report and discovery plan ("Rpt of Parties' Planning Meeting"). At the conference the court will address those topics listed at Rule 16(b) and (c). Failure to timely file the report and proposed discovery plan may result in the imposition of sanctions in accordance with Rule 16(f). At the conference, it is anticipated that the court will approve or modify the Report of Parties' Planning Meeting and set an appropriate case management schedule.

**2. Consideration of the various forms of Alternative Dispute Resolution ("ADR"), including mediation.** If mediation is selected, the parties shall identify the mediator and in the event counsel cannot agree on a mediator then the court will make the selection. Counsel may review the list of mediators located on the court's website under *Info/Forms*, prior to the preliminary pretrial conference.

ENTERED this 13th day of December, 2007.

                                              s/ Paul R. Cherry
                                              United States Magistrate Judge