CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2007, Joseph A. Stewart, electronically filed the foregoing United States' Motion for Extension of Time to Answer Or Otherwise Plead and for a Temporary Stay of Discovery (Dkt No 41) with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gabriel Aizenberg    gaizenberg@sidley.com, efilingnotice@sidley.com

David Cerven    dcerven@sd1law.com, sdoffice@sd1law.com

Joshua R Diller    jdiller@okmlaw.com, firm@okmlaw.com

Alison G Fox    Alison.Fox@bakerd.com, Alicia.Cummins@bakerd.com, marion.jacobson@bakerd.com, Melissa.Bozzuto@bakerd.com

Joel L Lipman    jlipman@okmlaw.com, mdiaz@okmlaw.com

Scott Mendeloff    smendeloff@sidley.com, efilingnotice@sidley.com

Michael J O'Rourke    morourke@okmlaw.com, awalther@okmlaw.com, ecrooks@okmlaw.com

Eric S Pruitt    epruitt@sidley.com, efilingnotice@sidley.com

Joseph S Reid - AUSA    joseph.reid@usdoj.gov, amber.mills@usdoj.gov, denise.konieczka@usdoj.gov

Linda A Wawzenski    Linda.Wawzenski@usdoj.gov, carolyn.fiebig@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                          Respectfully submitted,

                                          DAVID CAPP
                                          Acting United States Attorney

                                          By: s/ Joseph A. Stewart
                                              JOSEPH A. STEWART
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 469-6008