CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing Dexia Credit Local's Motion To Extend Time To Answer Or Otherwise Plead and For A Temporary Stay of Discovery (Dkt No 43) with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gabriel Aizenberg gaizenberg@sidley.com, efilingnotice@sidley.com

David Cerven dcerven@sd1law.com

Joshua R Diller jdiller@okmlaw.com

Alison G Fox Alison.Fox@bakerd.com

Joel L Lipman jlipman@okmlaw.com

Scott Mendeloff smendeloff@sidley.com, efilingnotice@sidley.com

Michael J O'Rourke morourke@okmlaw.com

Joseph A Stewart joseph.stewart@usdoj.gov

Joseph S Reid - AUSA joseph.reid@usdoj.gov

Linda A Wawzenski Linda.Wawzenski@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Respectfully submitted,

    Eric S. Pruitt

    s/  Eric S. Pruitt
    Scott Mendeloff
    Gabriel Aizenberg
    Eric S. Pruitt
    Sidley Austin LLP
    One S. Dearborn Street
    Chicago, Illinois   60603
    (312) 853-7000