**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| JUDITH ROGAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:07-CV-403-JVB |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| DEXIA CREDIT LOCAL, f/k/a Dexia Public | ) | |
| Finance and Credit Bank and Credit | ) | |
| Local of France. | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on the United States' Motion to Extend Time to Answer or Otherwise Plead and for a Temporary Stay of Discovery [DE 41], filed by Defendant United States of America on December 18, 2007, and on Dexia Crédit Local's Motion to Extend Time to Answer or Otherwise Plead and for a Temporary Stay of Discovery [DE 43], filed by Defendant Dexia Crédit Local on December 18, 2007 .

The Court hereby **TAKES UNDER ADVISEMENT** the United States' Motion to Extend Time to Answer or Otherwise Plead and for a Temporary Stay of Discovery [DE 41] and Dexia Crédit Local's Motion to Extend Time to Answer or Otherwise Plead and for a Temporary Stay of Discovery [DE 43] and **ORDERS** that Plaintiff **FILE** a response, if any, on or before **December 26, 2007, at 4:00 p.m.**, and that Defendants **FILE** a reply, if any, on or before **December 28, 2007, at 12:00 noon**.

So ORDERED this 20th day of December, 2007.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    All counsel of record