UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUDITH K. ROGAN, INDIVIDUALLY AND AS TRUSTEE OF THE JUDITH K ROGAN REVOCABLE TRUST, <br>   Plaintiff, <br> v. <br> UNITED STATES OF AMERICA AND DEXIA CREDIT LOCAL F/K/A DEXIA PUBLIC FINANCE AND CREDIT BANK AND CREDIT LOCAL DE FRANCE, <br>   Defendants. | No. 2:07-CV-403 <br><br> Judge Joseph S Van Bokkelen <br><br> Magistrate Judge Paul R Cherry |

**DEFENDANT DEXIA CRÉDIT LOCAL'S MOTION FOR LEAVE *INSTANTER* TO FILE REPLY BRIEF IN EXCESS OF 15 PAGES**

Defendant Dexia Credit Local ("Dexia"), by its attorneys, moves this Court for the entry of an order granting it leave to file *instanter* its Reply In Support Of Its Motion To Transfer Venue in excess of local page limitations. In support of this motion, Dexia states as follows:

1. Northern District of Indiana Local Rule 7.1(d) provides that no reply brief shall exceed 15 pages without prior approval of the court.

2. Dexia has made every effort to stay within the required page limitation. Mrs. Rogan's Response In Opposition To Dexia's Motion To Transfer Venue: (a) raised many new issues not addressed in Dexia's Motion To Transfer Venue (*e.g.*, personal and subject matter jurisdiction); and (b) attempted to respond to the issues raised in Dexia's

Motion. Responding to the new issues and to Mrs. Rogan's response to the issues raised in Dexia's Brief required a comprehensive memorandum of law in excess of the 15-page limit.

3. Dexia's Reply In Support Of Its Motion To Transfer Venue exceeds the page limitation by less than one page, for a total of 16 pages.

WHEREFORE, for the foregoing reasons, Dexia respectfully requests that the Court grant this motion and enter an order granting Dexia leave to file its Reply In Support Of Its Motion To Transfer Venue in excess of local page limitations.

Respectfully submitted,

Eric Pruitt

By:    s/ Eric S. Pruitt
       Scott Mendeloff
       Gabriel Aizenberg
       Eric S. Pruitt
       Sidley Austin LLP
       One S. Dearborn Street
       Chicago, Illinois   60603
       (312) 853-7000

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing **DEXIA CRÉDIT LOCAL'S MOTION FOR LEAVE *INSTANTER* TO FILE REPLY BRIEF IN EXCESS OF 15 PAGES** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gabriel Aizenberg gaizenberg@sidley.com, efilingnotice@sidley.com

David Cerven dcerven@sd1law.com

Joshua R Diller jdiller@okmlaw.com

Alison G Fox Alison.Fox@bakerd.com

Joel L Lipman jlipman@okmlaw.com

Scott Mendeloff smendeloff@sidley.com, efilingnotice@sidley.com

Michael J O'Rourke morourke@okmlaw.com

Joseph A Stewart joseph.stewart@usdoj.gov

Joseph S Reid - AUSA joseph.reid@usdoj.gov

Linda A Wawzenski Linda.Wawzenski@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        Respectfully submitted,

        Eric S. Pruitt

        s/ Eric S. Pruitt
        Scott Mendeloff
        Gabriel Aizenberg
        Eric S. Pruitt
        Sidley Austin LLP
        One S. Dearborn Street
        Chicago, Illinois   60603
        (312) 853-7000