## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JUDITH K. ROGAN, individually and as Trustee of the Judith K. Rogan Revocable Trust, ) ) ) ) Plaintiffs, ) ) vs. ) ) THE UNITED STATES OF AMERICA ) and DEXIA CREDIT LOCAL, f/k/a ) DEXIA PUBLIC FINANCE and CREDIT ) BANK and CREDIT LOCAL DE FRANCE, ) ) Defendants. ) | Case No. 2:2007 CV 403<br><br>Formerly case No. 64D05-0710-PL-1061, Superior Court, Porter County, Indiana |

## NOTICE OF FILING

To:     See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on December 26, 2007, I electronically filed PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO STAY DISCOVERY AND EXTEND TIME TO ANSWER OR OTHERWISE PLEAD with the United States District Court, Northern District of Indiana, Hammond Division, 5400 Federal Plaza, Suite 4200, Hammond, Indiana 46320.

                                          Respectfully submitted,

                                          JUDITH K. ROGAN, Individually and as Trustee of the Judith K. Rogan Revocable Trust,

                                          By: /s/ Michael J. O'Rourke
                                               One of her attorneys

| | |
|---|---|
| Michael J. O'Rourke<br>Joel L. Lipman<br>Joshua R. Diller<br>O'Rourke Katten & Moody<br>161 N. Clark Street, Suite 2230<br>Chicago, Illinois 60601<br>(312) 849-2020 | David Cerven<br>Smith & Debonis, LLC<br>9696 Gordon Drive<br>Highland, Indiana 46322<br>(219) 922-1000; Fax: (219) 922-1600 |

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 26, 2007 I electronically filed PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO STAY DISCOVERY AND EXTEND TIME TO ANSWER OR OTHERWISE PLEAD the with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Gabriel Aizenberg**     gaizenberg@sidley.com, efilingnotice@sidley.com

**Alison G Fox**     Alison.Fox@bakerd.com, Alicia.Cummins@bakerd.com, marion.jacobson@bakerd.com, Melissa.Bozzuto@bakerd.com

**Scott Mendeloff**     smendeloff@sidley.com, efilingnotice@sidley.com

**Eric S Pruitt**     epruitt@sidley.com, efilingnotice@sidley.com

J**oseph S Reid - AUSA**     joseph.reid@usdoj.gov, amber.mills@usdoj.gov, denise.konieczka@usdoj.gov

**Joseph A Stewart**     joseph.stewart@usdoj.gov

**Linda A Wawzenski**     Linda.Wawzenski@usdoj.gov, carolyn.fiebig@usdoj.gov


                                          /s/ Michael J. O'Rourke