UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUDITH ROGAN,            )<br>    Plaintiff,           )<br>                          )<br>    v.                    )<br>                          )<br>UNITED STATES OF AMERICA and  )<br>DEXIA CREDIT LOCAL, f/k/a Dexia Public )<br>Finance and Credit Bank and Credit )<br>Local of France.          )<br>    Defendants.           ) | CAUSE NO.: 2:07-CV-403-JVB |

**ORDER**

This matter is before the Court on Defendant Dexia Crédit Local's Motion For Leave Instanter to File Reply Brief In Excess of 15 Pages [DE 48], filed by Defendant Dexia Crédit Local on December 21, 2007. The Defendant requests leave to file a reply brief of 16 pages.

Having reviewed the motion, the Court hereby **GRANTS** Defendant Dexia Crédit Local's Motion For Leave Instanter to File Reply Brief In Excess of 15 Pages [DE 48]. The Court recognizes that Defendant has already electronically filed its memorandum, which is docketed at entry number 47.

So ORDERED this 27th day of December, 2007.

> s/ Paul R. Cherry
> MAGISTRATE JUDGE PAUL R. CHERRY
> UNITED STATES DISTRICT COURT

cc:   All counsel of record