UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JUDITH ROGAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:07-CV-403-JVB |
| | ) | |
| UNITED STATES OF AMERICA and | ) | |
| DEXIA CREDIT LOCAL, f/k/a Dexia Public | ) | |
| Finance and Credit Bank and Credit | ) | |
| Local of France. | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on (1) the United States' Motion to Extend Time to Answer or Otherwise Plead and for a Temporary Stay of Discovery [DE 41], filed by Defendant United States of America on December 18, 2007, and (2) Dexia Crédit Local's Motion to Extend Time to Answer or Otherwise Plead and for a Temporary Stay of Discovery [DE 43], filed by Defendant Dexia Crédit Local ("Dexia") on December 18, 2007.  Plaintiff filed a response on December 26, 2007.  On December 28, 2007, Dexia filed a reply, and the United States concurs with Dexia's reply. Defendants seek an extension of time, up to and including February 11, 2008, in which to answer the Complaint or otherwise plead and seek a temporary stay of discovery pending resolution of Dexia's motion for transfer of venue.

Having considered the motion and in the interests of judicial economy, the Court hereby **GRANTS** the United States' Motion to Extend Time to Answer or Otherwise Plead and for a Temporary Stay of Discovery [DE 41] and **GRANTS** Dexia Crédit Local's Motion to Extend Time to Answer or Otherwise Plead and for a Temporary Stay of Discovery [DE 43].  The Court **ORDERS** that Defendants shall have up to and including **February 11, 2008**, in which to answer the Complaint or otherwise plead.  The Court further **ORDERS** that discovery is hereby **STAYED** pending

resolution of the motion to transfer venue.

So ORDERED this 28th day of December, 2007.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:     All counsel of record