# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**                                                       www.innd.uscourts.gov

February 5, 2008

Michael W. Dobbins
219 S. Dearborn St
Chicago, Illinois 60604


Re: Judith K Rogan -v- USA and Dexia Credit Local,  et al.,

USDC, Northern Indiana Cause No. 2:07 CV 403

Dear Clerk:

    Pursuant to court order dated January 31st, 2008, the above file is being transferred to the United States District Court for the Northern District of Illinois.

    The case record is an entirely electronic file.

    View at PACER: innd.uscourts.gov

    Please acknowledge receipt of this record with a copy of this letter,  which can be e-mailed to kim_pastrick@innd.uscourts.gov.

                                Sincerely,

                                STEPHEN R. LUDWIG, CLERK


                              By: /s/ Kimberly Pastrick
                                  Deputy Clerk



Date Rec'd: _____       Case No. Assigned: _____

**Reply to Office**

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273

**Reply to  Office**
_____

**1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273**