**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JUDITH K. ROGAN, individually and as Trustee of the Judith K. Rogan Revocable Trust,  )<br>)<br>)<br>)<br>    Plaintiff,  )<br>    v.  )<br>)<br>UNITED STATES OF AMERICA and )<br>DEXIA CREDIT LOCAL, f/k/a DEXIA )<br>PUBLIC FINANCE and CREDIT BANK )<br>And CREDIT LOCAL DE FRANCE )<br>)<br>    Defendants.  ) | CASE NO.: 2:07-CV-403- JVB |

**MOTION TO REVIEW AND RECONSIDER MAGISTRATE JUDGE CHERRY'S OPINION AND ORDER GRANTING TRANSFER OF THIS ACTION TO THE <u>NORTHERN DISTRICT OF ILLINOIS</u>**

Plaintiff, JUDITH K. ROGAN, by her attorneys, O'Rourke Katten & Moody, moves this Court to reconsider the opinion and order of Magistrate Judge Cherry and to deny transfer of this action to the Northern District of Illinois

1. On January 31, 2008, Magistrate Judge Cherry issued an opinion and order transferring this cause to the Northern District of Illinois.

2. Pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a), a judge of the court may reconsider any pretrial matter where it has been shown that the magistrate's order is clearly erroneous or contrary to law.

3. Magistrate Judge Cherry's reliance on inadmissible matter led to an opinion and order granting transfer that is clearly erroneous or contrary to law.

4.	In support of this Motion, Judith Rogan will separately file a list of Objections pursuant to Federal Court rules, which shall be incorporated by reference as if fully set forth herein.

WHEREFORE, for the foregoing reasons and the reasons contained in her supporting Objections, Defendant Judith Rogan respectfully requests that this Court reconsider Magistrate Judge Cherry's Opinion and Order transferring this cause.

Dated: February 5, 2008                                          Respectfully submitted,


                                                                 JUDITH K. ROGAN, Individually
                                                                 and as Trustee of the Judith K.
                                                                 Rogan Revocable Trust,

                                                                 By:/s/ Michael J. O'Rourke
                                                                    One of her attorneys


Michael J. O'Rourke
Joel L. Lipman
Joshua R. Diller
O'Rourke Katten & Moody
161 N. Clark Street, Suite 2230
Chicago, Illinois 60601
(312) 849-2020