## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| JUDITH K. ROGAN, individually and as Trustee of the Judith K. Rogan Revocable Trust, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 2:2007 CV 403 |
| THE UNITED STATES OF AMERICA and DEXIA CREDIT LOCAL, f/k/a DEXIA PUBLIC FINANCE and CREDIT BANK and CREDIT LOCAL DE FRANCE, | ) ) ) ) ) | Formerly case No. 64D05-0710-PL -1061, Superior Court, Porter County, Indiana |
| Defendants. | ) ) | |

### NOTICE OF FILING

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on February 5, 2008, I electronically filed MOTION TO REVIEW AND RECONSIDER MAGISTRATE JUDGE CHERRY'S OPINION AND ORDER GRANTING TRANSFER OF THIS ACTION TO THE NORTHERN DISTRICT OF ILLINOIS and PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE CHERRY'S ORDER OF JANUARY 31, 2008 GRANTING DEFENDANT'S MOTION TO TRANSFER THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS with the United States District Court, Northern District of Indiana, Hammond Division, 5400 Federal Plaza, Suite 4200, Hammond, Indiana 46320.

> Respectfully submitted,
>
> JUDITH K. ROGAN, Individually and as Trustee of the Judith K. Rogan Revocable Trust,
>
> By: /s/ Michael J. O'Rourke
>     One of her attorneys

| | |
|---|---|
| Michael J. O'Rourke | David Cerven |
| Joel L. Lipman | Smith & Debonis, LLC |
| Joshua R. Diller | 9696 Gordon Drive |
| O'Rourke Katten & Moody | Highland, Indiana 46322 |
| 161 N. Clark Street, Suite 2230 | (219) 922-1000; Fax: (219) 922-1600 |
| Chicago, Illinois 60601 | |
| (312) 849-2020 | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 5, 2008, I electronically filed MOTION TO REVIEW AND RECONSIDER MAGISTRATE JUDGE CHERRY'S OPINION AND ORDER GRANTING TRANSFER OF THIS ACTION TO THE NORTHERN DISTRICT OF ILLINOIS and PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE CHERRY'S ORDER OF JANUARY 31, 2008 GRANTING DEFENDANT'S MOTION TO TRANSFER THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS the with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Gabriel Aizenberg**   gaizenberg@sidley.com, efilingnotice@sidley.com

**Alison G Fox**   Alison.Fox@bakerd.com, Alicia.Cummins@bakerd.com, marion.jacobson@bakerd.com, Melissa.Bozzuto@bakerd.com

**Scott Mendeloff**   smendeloff@sidley.com, efilingnotice@sidley.com

**Eric S Pruitt**   epruitt@sidley.com, efilingnotice@sidley.com

**Joseph S Reid - AUSA**   joseph.reid@usdoj.gov, amber.mills@usdoj.gov, denise.konieczka@usdoj.gov

**Joseph A Stewart**   joseph.stewart@usdoj.gov

**Linda A Wawzenski**   Linda.Wawzenski@usdoj.gov, carolyn.fiebig@usdoj.gov


                                        /s/ Michael J. O'Rourke