# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| JUDITH ROGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:07-CV-403 JVB |
| | ) |
| UNITED STATES OF AMERICA | ) |
| and DEXIA CREDIT LOCAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On February 5, 2008, Plaintiff filed her Objections to the January 31, 2008, Opinion and Order of Judge Magistrate Cherry transferring this case to the Norther District of Illinois. Defendants shall have fifteen days from the date of service of this Order within which to file and serve a response to Plaintiff's Objections. Plaintiff shall have seven days after service of the Defendants' response within which to file and serve a reply.

SO ORDERED on February 6, 2008.

   s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge