# United States District Court
## Northern District of Indiana
## Hammond Division

| | |
|---|---|
| JUDITH ROGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:07-CV-403 JVB |
| | ) |
| UNITED STATES OF AMERICA | ) |
| and DEXIA CREDIT LOCAL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Court has determined that this case was prematurely transferred to the Northern District of Illinois, without allowing 10 days for the Plaintiff to file objections to the Magistrate's order granting transfer as provided by Federal Rule of Civil Procedure 72(a). The Court has been informed that the transfer has not yet been completed. Accordingly, the Order of February 5, 2008 (DE 55), is **STAYED** pending the Court's consideration of Plaintiff's Objections to the Magistrate's Order. The Clerk is directed to take all steps necessary to rescind the transfer of the case to the Northern District of Illinois.

SO ORDERED on February 7, 2008.

  s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge