UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUDITH K. ROGAN, INDIVIDUALLY AND AS TRUSTEE OF THE JUDITH K ROGAN REVOCABLE TRUST ,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA AND DEXIA CREDIT LOCAL F/K/A DEXIA PUBLIC FINANCE AND CREDIT BANK AND CREDIT LOCAL DE FRANCE,<br><br>　　　　　　Defendants. | No. 2:07-CV-403<br><br>Judge Joseph S Van Bokkelen<br><br>Magistrate Judge Paul R Cherry |

**UNITED STATES' RENEWED AND AGREED MOTION
TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

The United States of America, by David Capp, Acting United States Attorney for the Northern District of Indiana, by agreement with opposing counsel, seeks 30 additional days to answer or otherwise plead to the complaint, to and including March 12, 2008, and in support of which states as follows:

1.　The defendants moved to transfer venue of this case to the United States District Court for the Northern District of Illinois.  On January 31, 2008, Magistrate Judge Paul R. Cherry, granted the defendants' motion to transfer.  Judith Rogan has moved for a review of that ruling and the district court has ordered a briefing schedule as well as stayed the transfer order pending a ruling on plaintiff's motion.

2.　While the parties initially briefed the motion to transfer, the court granted defendants' motion for an an extension of time — to February 11, 2008 — to answer or otherwise plead to the complaint.

3.	Given that the motion to transfer continues to be litigated, in the interest of judicial economy the United States asks that the venue issue be determined prior to the requirement for a responsive pleading, which we anticipate will be a motion to dismiss.

4.	Co-defendant Dexia concurs with this motion. Counsel for Judith Rogan was consulted on this motion and does not oppose it.

WHEREFORE, the United States asks for an additional 30 days to and including March 12, 2008 in which to respond to the complaint and for a temporary stay of discovery pending resolution of the defendants' motion to transfer venue.

                Respectfully submitted,

                DAVID CAPP
                ACTING UNITED STATES ATTORNEY

By:   s/ Joseph A. Stewart
       JOSEPH A. STEWART
       Assistant United States Attorney
       219 S. Dearborn Street, Fifth Floor
       Chicago, Illinois   60604
       Tel.  (312) 469-6008
       Fax. (312) 886-3501
       Internet Address: joseph.stewart@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on February 11, 2008, Joseph A. Stewart, electronically filed the foregoing United States' Renewed and Motion for Extension of Time to Answer Or Otherwise Plead with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gabriel Aizenberg     gaizenberg@sidley.com, efilingnotice@sidley.com

David Cerven     dcerven@sd1law.com, sdoffice@sd1law.com

Joshua R Diller     jdiller@okmlaw.com, firm@okmlaw.com

Alison G Fox     Alison.Fox@bakerd.com, Alicia.Cummins@bakerd.com, marion.jacobson@bakerd.com, Melissa.Bozzuto@bakerd.com

Joel L Lipman     jlipman@okmlaw.com, mdiaz@okmlaw.com

Scott Mendeloff     smendeloff@sidley.com, efilingnotice@sidley.com

Michael J O'Rourke     morourke@okmlaw.com, awalther@okmlaw.com, ecrooks@okmlaw.com

Eric S Pruitt     epruitt@sidley.com, efilingnotice@sidley.com

Joseph S Reid - AUSA     joseph.reid@usdoj.gov, amber.mills@usdoj.gov, denise.konieczka@usdoj.gov

Linda A Wawzenski     Linda.Wawzenski@usdoj.gov, carolyn.fiebig@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                           Respectfully submitted,

                           DAVID CAPP
                           Acting United States Attorney

                           By: s/ Joseph A. Stewart
                             JOSEPH A. STEWART
                             Assistant United States Attorney
                             219 South Dearborn Street
                             Chicago, Illinois 60604
                             (312) 469-6008