# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JUDITH ROGAN,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>DEXIA CREDIT LOCAL, f/k/a Dexia Public<br>Finance and Credit Bank and Credit<br>Local of France.<br>    Defendants. | CAUSE NO.: 2:07-CV-403-JVB |

## ORDER

This matter is before the Court on the United States' Renewed and Agreed Motion to Extend Time to Answer or Otherwise Plead [DE 63], filed by Defendant United States of America on February 11, 2008.

Having considered the motion and noting the agreement of Plaintiff and Defendant Dexia, the Court hereby **GRANTS** the United States' Renewed and Agreed Motion to Extend Time to Answer or Otherwise Plead [DE 63]. The Court **ORDERS** that Defendants shall have up to and including **March 12, 2008**, in which to answer the Complaint or otherwise plead. Discovery remains stayed pursuant to the Court's December 28, 2007 Order, pending the resolution of the motion to transfer venue.

So ORDERED this 13th day of February, 2008.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    All counsel of record