IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JUDITH K. ROGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO: 2:07-cv-403 |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| AND DEXIA CREDIT LOCAL, f/k/a | ) | |
| DEXIA PUBLIC FINANCE and CREDIT | ) | |
| BANK and CREDIT LOCAL DE FRANCE | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO SCHEDULE ORAL ARGUMENT**

Comes now Plaintiff Judith K. Rogan, by counsel Smith & DeBonis, LLC, by David Cerven, and moves the Court to schedule oral argument on Objection to Magistrate Judge Cherry's order transferring this case to the Northern Disctrict of Illinois.

WHEREFORE, Plaintiff prays that the Court enter an Order to schedule oral argument.

Respectfully submitted,

/s/ *David Cerven*
DAVID CERVEN #3991-45
SMITH & DeBONIS, LLC
9696 Gordon Drive
Highland, IN 46322
(219) 922-1000
(219) 922-1600 (Facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22<u>nd</u> day of <u>February</u>, 2008, service of a true and complete copy of the attached pleading was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gabriel Aizenberg
Scott Mendeloff
Eric S. Pruitt
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

 

                                        /s/ *David Cerven*
                                        DAVID CERVEN #3991-45
                                        SMITH & DeBONIS, LLC
                                        9696 Gordon Drive
                                        Highland, IN 46322
                                        (219) 922-1000
                                        (219) 922-1600 (Facsimile)