UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUDITH K. ROGAN ) <br> ) <br>     Plaintiff ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA ) <br> AND DEXIA CRÉDIT LOCAL, f/k/a ) <br> DEXIA PUBLIC FINANCE and CREDIT ) <br> BANK and CREDIT LOCAL DE FRANCE ) <br> ) <br> Defendants ) <br> ) | Civil Number: 2:07 CV 403PS <br><br> Judge Joseph Van Bokkelen |

**DEXIA CRÉDIT LOCAL'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SCHEDULE ORAL ARGUMENT**

      Defendant Dexia Crédit Local ("Dexia") hereby responds to Plaintiff's ("Mrs. Rogan") Motion to Schedule Oral Argument on Objection to Magistrate Judge Cherry's order transferring this action to the Northern District of Illinois.

      As Dexia (Dkt. 65) and the United States (Dkt. 67) explained in opposing Mrs. Rogan's objections to the Magistrate's Transfer Order, in effect, Mrs. Rogan's appeal does not seek review of the Magistrate's decision, but rather improperly asks this Court to decide issues that she – for strategic reasons or otherwise – failed to raise before the Magistrate. Because Mrs. Rogan waived the ability to argue the vast majority of the issues that form the basis of her appeal of a non-case-dispositive transfer order, oral argument in this appeal is unnecessary and, Dexia respectfully submits, would be a waste of this Court's and the parties' time and resources.

      In addition, Mrs. Rogan's Motion to Schedule Oral Argument fails to comply with Local Rule 7.5(a), which requires that such motions: (1) be "served and filed with the brief, answer brief, or reply brief," and (2) include "an estimate of the time reasonably required for the court to devote to the argument." N.D. IND. L.R. 7.5(a). Mrs. Rogan's motion satisfies neither

of these requirements. She did not file the motion with her Objections, and she has not yet filed her reply brief. Her motion also fails to provide an estimate of the time this court might need to devote to argument. Dexia submits that this court need not devote any time to argument.

For the reasons stated herein, Dexia respectfully urges this honorable Court to deny Mrs. Rogan's Motion to Schedule Oral Argument.

Dated: **February 25, 2008**   DEXIA CRÉDIT LOCAL

/s/   Eric S. Pruitt
Scott Mendeloff
Gabriel Aizenberg
Eric S. Pruitt
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Dexia Crédit Local*

2

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed the foregoing DEXIA CREDIT LOCAL'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SCHEDULE ORAL ARGUMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gabriel Aizenberg gaizenberg@sidley.com, efilingnotice@sidley.com

David Cerven dcerven@sd1law.com

Joshua R Diller jdiller@okmlaw.com

Alison G Fox Alison.Fox@bakerd.com

Joel L Lipman jlipman@okmlaw.com

Scott Mendeloff smendeloff@sidley.com, efilingnotice@sidley.com

Michael J O'Rourke morourke@okmlaw.com

Joseph A Stewart joseph.stewart@usdoj.gov

Joseph S Reid - AUSA joseph.reid@usdoj.gov

Linda A Wawzenski Linda.Wawzenski@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                Respectfully submitted,

                Eric S. Pruitt

                s/ Eric S. Pruitt
                Scott Mendeloff
                Gabriel Aizenberg
                Eric S. Pruitt
                Sidley Austin LLP
                One S. Dearborn Street
                Chicago, Illinois  60603
                (312) 853-7000