UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JUDITH K. ROGAN, individually and as Trustee of the Judith K. Rogan Revocable Trust, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 2:2007 CV 403 |
| THE UNITED STATES OF AMERICA and DEXIA CREDIT LOCAL, f/k/a DEXIA PUBLIC FINANCE and CREDIT BANK and CREDIT LOCAL DE FRANCE, | ) ) ) ) ) | Formerly case No. 64D05-0710-PL -1061, Superior Court, Porter County, Indiana |
| Defendants. | ) ) | |

## NOTICE OF FILING

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on February 28, 2008, I electronically filed PLAINTIFF'S REPLY IN SUPPORT OF OBJECTIONS TO MAGISTRATE JUDGE CHERRY'S ORDER OF JANUARY 31, 2008 GRANTING DEFENDANT'S MOTION TO TRANSFER THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS with the United States District Court, Northern District of Indiana, Hammond Division, 5400 Federal Plaza, Suite 4200, Hammond, Indiana 46320.

Respectfully submitted,

JUDITH K. ROGAN, Individually and as Trustee of the
Judith K. Rogan Revocable Trust,

By: /s/ Michael J. O'Rourke
    One of her attorneys

Michael J. O'Rourke
Joel L. Lipman
Joshua R. Diller
O'Rourke Katten & Moody
161 N. Clark Street, Suite 2230
Chicago, Illinois 60601
(312) 849-2020

David Cerven
Smith & Debonis, LLC
9696 Gordon Drive
Highland, Indiana 46322
(219) 922-1000; Fax: (219) 922-1600

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I electronically filed PLAINTIFF'S REPLY IN SUPPORT OF OBJECTIONS TO MAGISTRATE JUDGE CHERRY'S ORDER OF JANUARY 31, 2008 GRANTING DEFENDANT'S MOTION TO TRANSFER THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS the with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Gabriel Aizenberg**    gaizenberg@sidley.com, efilingnotice@sidley.com

**Alison G Fox**    Alison.Fox@bakerd.com, Alicia.Cummins@bakerd.com, marion.jacobson@bakerd.com, Melissa.Bozzuto@bakerd.com

**Scott Mendeloff**    smendeloff@sidley.com, efilingnotice@sidley.com

**Eric S Pruitt**    epruitt@sidley.com, efilingnotice@sidley.com

**Joseph S Reid - AUSA**    joseph.reid@usdoj.gov, amber.mills@usdoj.gov, denise.konieczka@usdoj.gov

**Joseph A Stewart**    joseph.stewart@usdoj.gov

**Linda A Wawzenski**    Linda.Wawzenski@usdoj.gov, carolyn.fiebig@usdoj.gov


/s/ Michael J. O'Rourke