UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JUDITH K. ROGAN | ) | |
| | ) | |
| Plaintiff | ) | Civil Number: 2:07 CV 403PS |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | Judge Joseph Van Bokkelen |
| AND DEXIA CRÉDIT LOCAL, f/k/a | ) | |
| DEXIA PUBLIC FINANCE and CREDIT | ) | |
| BANK and CREDIT LOCAL DE FRANCE | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**NOTICE OF FILING**

To: See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on February 29, 2008, I electronically filed DEXIA CRÉDIT LOCAL'S MOTION TO STRIKE EXHIBITS TO PLAINTIFF'S REPLY IN SUPPORT OF OBJECTIONS TO MAGISTRATE JUDGE CHERRY'S JANUARY 31, 2008 ORDER OF TRANSFER with the United States District Court, Northern District of Indiana, Hammond Division, 5400 Federal Plaza, Suite 4200, Hammond, Indiana 46320.

Dated: **February 29, 2008**        DEXIA CRÉDIT LOCAL

/s/ Gabriel Aizenberg
Scott Mendeloff
Gabriel Aizenberg
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Dexia Crédit Local*

1

CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I electronically filed DEXIA CRÉDIT LOCAL'S MOTION TO STRIKE EXHIBITS A-D TO PLAINTIFF'S REPLY IN SUPPORT OF OBJECTIONS TO MAGISTRATE JUDGE CHERRY'S JANUARY 31, 2008 ORDER OF TRANSFER with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gabriel Aizenberg gaizenberg@sidley.com, efilingnotice@sidley.com

David Cerven dcerven@sd1law.com

Joshua R Diller jdiller@okmlaw.com

Alison G Fox Alison.Fox@bakerd.com

Joel L Lipman jlipman@okmlaw.com

Scott Mendeloff smendeloff@sidley.com, efilingnotice@sidley.com

Michael J O'Rourke morourke@okmlaw.com

Joseph A Stewart joseph.stewart@usdoj.gov

Joseph S Reid - AUSA joseph.reid@usdoj.gov

Linda A Wawzenski Linda.Wawzenski@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Respectfully submitted,

    Gabriel Aizenberg

    s/ Gabriel Aizenberg
    Scott Mendeloff
    Gabriel Aizenberg
    Sidley Austin LLP
    One S. Dearborn Street
    Chicago, Illinois  60603
    (312) 853-7000