## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| JUDITH ROGAN, )<br>    Plaintiff, )<br>                                                              )<br>v.                                                        )<br>                                                              )<br>UNITED STATES OF AMERICA and          )<br>DEXIA CREDIT LOCAL, f/k/a Dexia Public )<br>Finance and Credit Bank and Credit           )<br>Local of France.                                        )<br>    Defendants. ) | CAUSE NO.: 2:07-CV-403-JVB |

### ORDER

This matter is before the Court on the Defendants' Renewed and Agreed Motion to Extend Time to Answer or Otherwise Plead [DE 73], filed by Defendants on March 11, 2008.

Having considered the motion and noting the agreement of Plaintiff the Court hereby **GRANTS** the Defendants' Renewed and Agreed Motion to Extend Time to Answer or Otherwise Plead [DE 73]. The Court **ORDERS** that Defendants shall have up to and including **April 11, 2008**, in which to answer the Complaint or otherwise plead. Discovery remains stayed pursuant to the Court's December 28, 2007 Order, pending the resolution of the motion to transfer venue.

So ORDERED this 12th day of March, 2008.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    All counsel of record