UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUDITH K. ROGAN, INDIVIDUALLY AND AS TRUSTEE OF THE JUDITH K ROGAN REVOCABLE TRUST, <br><br>    Plaintiff, <br><br>  v. <br><br>UNITED STATES OF AMERICA AND DEXIA CREDIT LOCAL F/K/A DEXIA PUBLIC FINANCE AND CREDIT BANK AND CREDIT LOCAL DE FRANCE, <br><br>    Defendants. | No. 2:07-CV-403 <br><br> Judge Joseph S Van Bokkelen <br><br> Magistrate Judge Paul R Cherry |

### DEFENDANTS' RENEWED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

  The United States of America, by David Capp, Acting United States Attorney for the Northern District of Indiana, seeks to extend the time for the United States to answer or otherwise plead to the complaint for 30 days or to a date to be set by the court after it rules on the pending objections to the magistrate's decision on the defendants' motion to transfer venue and in support of which states as follows:

  1. On January 31, 2008, the magistrate granted the defendants' motion to transfer venue of this case to the U.S. District Court for the Northern District of Illinois. When plaintiff Rogan subsequently submitted objections to that ruling, the district court stayed the transfer order pending a ruling on plaintiff's objections. The objections have now been fully briefed by the parties.

  2. While the parties briefed the objections, the court granted defendants' initial motion for an extension of time in which to answer or otherwise plead to the complaint until March 12, 2008. Subsequently, the court also granted defendants' second motion for an extension of time to

and including April 11, 2008. This motion was also unopposed by plaintiff's counsel.

3. The United States now asks that its time to file a responsive pleading — which most likely will be a motion to dismiss — be stayed for 30 days or until the court has ruled on the pending venue transfer motion. The United States asks that all discovery in this case be similarly stayed.

4. Co-defendant Dexia concurs with this motion and seeks the same extension. Counsel for Judith Rogan was consulted on this motion, but has refused to concur.

WHEREFORE, the United States asks that both the date for a responsive pleading and all discovery in this cause be stayed for 30 days or until a date to be set after the court has ruled on plaintiff's objections to the magistrate's decision to transfer venue.

>                         Respectfully submitted,
>
>                         DAVID CAPP
>                         ACTING UNITED STATES ATTORNEY
>
> By:    s/Linda A. Wawzenski
>                         LINDA A. WAWZENSKI
>                         Assistant United States Attorney
>                         219 S. Dearborn Street, Fifth Floor
>                         Chicago, Illinois   60604
>                         Tel.  (312) 353-1994
>                         Fax. (312) 886-4073
>                         Internet Address: linda.wawzenski@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2008, Linda A. Wawzenski, electronically filed the foregoing United States' Renewed Motion for Extension of Time to Answer Or Otherwise Plead with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gabriel Aizenberg    gaizenberg@sidley.com, efilingnotice@sidley.com

David Cerven    dcerven@sd1law.com, sdoffice@sd1law.com

Joshua R Diller    jdiller@okmlaw.com, firm@okmlaw.com

Alison G Fox,    Alison.Fox@bakerd.com, Alicia.Cummins@bakerd.com, marion.jacobson@bakerd.com, Melissa.Bozzuto@bakerd.com

Joel L Lipman    jlipman@okmlaw.com, mdiaz@okmlaw.com

Scott Mendeloff    smendeloff@sidley.com, efilingnotice@sidley.com

Michael J O'Rourke    morourke@okmlaw.com, awalther@okmlaw.com, ecrooks@okmlaw.com

Joseph S Reid - AUSA    joseph.reid@usdoj.gov, amber.mills@usdoj.gov, denise.konieczka@usdoj.gov

Linda A Wawzenski    Linda.Wawzenski@usdoj.gov, carolyn.fiebig@usdoj.gov

                Respectfully submitted,

                DAVID CAPP
                Acting United States Attorney

                By: s/Linda A. Wawzenski
                    LINDA A. WAWZENSKI
                    Assistant United States Attorney
                    219 South Dearborn Street
                    Chicago, Illinois 60604
                    (312) 353-1994