# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| JUDITH ROGAN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA and )<br>DEXIA CREDIT LOCAL, f/k/a Dexia Public )<br>Finance and Credit Bank and Credit )<br>Local of France. )<br>    Defendants. ) | CAUSE NO.: 2:07-CV-403-JVB |

## ORDER

This matter is before the Court on the Defendants' Renewed Motion to Extend Time to Answer or Otherwise Plead [DE 75], filed by Defendants on April 11, 2008. Counsel represents that counsel for Plaintiff does not agree to the instant motion.

Having considered the motion, the Court hereby **GRANTS** the Defendants' Renewed Motion to Extend Time to Answer or Otherwise Plead [DE 75]. The Court **ORDERS** that Defendants shall have up to and including **May 12, 2008**, in which to answer the Complaint or otherwise plead. Discovery remains stayed pursuant to the Court's December 28, 2007 Order, pending the resolution of the motion to transfer venue.

So ORDERED this 14th day of April, 2008.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc:   All counsel of record