# United States District Court
## Northern District of Indiana
## Hammond Division

JUDITH ROGAN,                          )
                                       )
    Plaintiff,     )
                                       )
    v.              )    Civil Action No. 2:07-CV-403 JVB
                                       )
UNITED STATES OF AMERICA               )
and DEXIA CREDIT LOCAL,                )
                                       )
    Defendant.      )

## ORDER

On April 30, 2008, this Court entered an Order denying Plaintiff's motion to reconsider Judge Cherry's Opinion and Order granting Defendant Dexia Credit's Motion to transfer venue, but did not rule on Defendant Dexia's motion to strike Exhibits A through D to Plaintiff's reply in support of her objections (DE 71). Plaintiff failed to respond to Dexia's motion. The Court agrees that it may not consider evidence not submitted to the magistrate judge in ruling on objections to the magistrate judge's Order. Accordingly, the Court **GRANTS** Defendant Dexia's motion to strike Exhibits A through D to Plaintiff's reply in support of her objections.

SO ORDERED on May 5, 2008.

    s/ Joseph S. Van Bokkelen
    Joseph S. Van Bokkelen
    United States District Judge