CASREF, TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CIVIL DOCKET FOR CASE #: 2:07–cv–00403–JVB–PRC

Rogan v. United States of America et al
Assigned to: Judge Joseph S Van Bokkelen
Referred to: Magistrate Judge Paul R Cherry
Case in other court:           Porter County Superior Court,
                      64D05–0710–PL–10161
Cause: 28:1332 Diversity–Petition for Removal

Date Filed: 11/09/2007
Date Terminated: 05/21/2008
Jury Demand: Plaintiff
Nature of Suit: 290 Real Property: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Judith K Rogan**
*individually and as Trustee of the Judith K
Rogan Revocable Trust*

represented by   **Alison G Fox**
Baker &Daniels – SB/IN
202 S Michigan Street Suite 1400
South Bend, IN 46601
574–234–4149
Fax: 574–239–1900
Email: Alison.Fox@bakerd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Cerven**
Smith &DeBonis LLC – Hig/IN
9696 Gordon Drive
Highland, IN 46322
219–922–1000
Fax: 219–922–1600
Email: dcerven@sd1law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel L Lipman**
O'Rourke Katten &Moody
161 N Clark Street Suite 2230
Chicago, IL 60601–3329
312–849–2020
Fax: 312–849–2021
Email: jlipman@okmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua R Diller**
O'Rourke Katten &Moody
161 N Clark Street Suite 2230
Chicago, IL 60601–3329
312–849–2020
Fax: 312–849–2021
Email: jdiller@okmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J O'Rourke**
O'Rourke Katten &Moody
161 N Clark Street Suite 2230
Chicago, IL 60601–3329
312–849–2020
Fax: 312–849–2021
Email: morourke@okmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**United States of America**                     represented by     **Joseph S Reid – AUSA**
US Attorney's Office – Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219–937–5651
Fax: 219–937–5547
Email: joseph.reid@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda A Wawzenski**
US Attorney's Office – Chi/IL
Northern District of Illinois
219 S Dearborn 5th Floor
Chicago, IL 60604
312–886–4073
Fax: 312–886–4073
Email: Linda.Wawzenski@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A Stewart**
US Attorney's Office – Chi/IL
Northern District of Illinois
219 S Dearborn 5th Floor
Chicago, IL 60604
312–353–5300
Fax: 312–886–3501
Email: joseph.stewart@usdoj.gov
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Dexia Credit Local**                           represented by     **Scott Mendeloff**
*formerly known as*                                                 Sidley Austin LLP – Chi/IL
Dexia Public Finance                                               One S Dearborn St
Chicago, IL 60603
312–853–1093
Fax: 312–853–7036
Email: smendeloff@sidley.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Eric S Pruitt**
Sidley Austin LLP − Chi/IL
One S Dearborn St
Chicago, IL 60603
312−853−7000
Fax: 312−853−7036
Email: epruitt@sidley.com
*ATTORNEY TO BE NOTICED*

**Gabriel Aizenberg**
Sidley Austin LLP − Chi/IL
One S Dearborn St
Chicago, IL 60603
312−853−7000
Fax: 312−853−7036
Email: gaizenberg@sidley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Bank**                    represented by **Scott Mendeloff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric S Pruitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabriel Aizenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Local de France**          represented by **Scott Mendeloff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric S Pruitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabriel Aizenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2007 | Ï 1 | Original COMPLAINT TO QUIET TITLE, FOR DECLARATORY RELIEF, INJUNCTION AND SLANDER OF TITLE filed in Porter Co Superior Court |

| | | |
|---|---|---|
| | | against United States of America, Dexia Credit Local, Credit Bank, Credit Local de France, filed by Judith K Rogan. (Attachments: #_1 Exhibit)(kjp) (Entered: 11/13/2007) |
| 11/09/2007 | Ï 2 | NOTICE OF REMOVAL by United States of America from Porter Co Superior Court, case number 64D05–0710–PL–10161. (Attachments: #_1 Civil Cover Sheet #_2 Other State Court Documents)(kjp) (Entered: 11/13/2007) |
| 11/09/2007 | Ï 3 | NOTICE of Appearance by Joseph S Reid – AUSA on behalf of United States of America (kjp) (Entered: 11/13/2007) |
| 11/09/2007 | Ï 4 | MOTION for Preliminary Injunction by Plaintiff Judith K Rogan. Originally filed in Porter Superior Court (Attachments: #_1 Exhibits)(kjp) (Entered: 11/13/2007) |
| 11/09/2007 | Ï 5 | AFFIDAVIT of Judith K Rogan re_4 MOTION for Preliminary Injunction by Judith K Rogan. (kjp) (Entered: 11/13/2007) |
| 11/09/2007 | Ï 6 | MEMORANDUM in Support of_4 MOTION for Preliminary Injunction filed by Judith K Rogan. (Attachments: #_1 Exhibits #_2 Affidavit)(kjp) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 7 | NOTICE of Appearance by Linda A Wawzenski on behalf of United States of America (Wawzenski, Linda) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 8 | NOTICE of Appearance by Michael J O'Rourke on behalf of Judith K Rogan (O'Rourke, Michael) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 9 | NOTICE of Appearance by Joel L Lipman on behalf of Judith K Rogan (Lipman, Joel) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 10 | NOTICE of Appearance by Joshua R Diller on behalf of Judith K Rogan (Diller, Joshua) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 11 | NOTICE of Appearance by David Cerven on behalf of Judith K Rogan (Cerven, David) (Entered: 11/13/2007) |
| 11/13/2007 | Ï 12 | ORDER REASSIGNING CASE. Case reassigned to Judge Joseph S Van Bokkelen for all further proceedings. Judge Philip P Simon no longer assigned to case. Signed by Judge Philip P Simon on 11/13/2007. (kwk) (Entered: 11/13/2007) |
| 11/14/2007 | Ï 13 | NOTICE of Hearing: Telephone Conference set for 11/14/2007 04:00 PM in Hammond before Judge Joseph S Van Bokkelen. Court will initiate the call.(imr) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 14 | MOTION for Temporary Restraining Order *and Preliminary Injunction* by Plaintiff Judith K Rogan. (Attachments: #_1 Affidavit J. Rogan#_2 Exhibit A#_3 Exhibit B#_4 Exhibit C#_5 Exhibit D)(O'Rourke, Michael) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 15 | MEMORANDUM in Support of_14 MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Judith K Rogan. (O'Rourke, Michael) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 16 | NOTICE of Appearance by Eric S Pruitt on behalf of Dexia Credit Local, Credit Bank, Credit Local de France (Pruitt, Eric) (Entered: 11/14/2007) |

| 11/14/2007 | Ï 17 | NOTICE of Appearance by Gabriel Aizenberg on behalf of Dexia Credit Local, Credit Bank, Credit Local de France (Aizenberg, Gabriel) (Entered: 11/14/2007) |
| --- | --- | --- |
| 11/14/2007 | Ï 18 | NOTICE of Appearance by Scott Mendeloff on behalf of Dexia Credit Local, Credit Bank, Credit Local de France (Mendeloff, Scott) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 19 | RESPONSE in Opposition re 14 MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Dexia Credit Local. (Attachments: # 1 Exhibit A# 2 Exhibit B–C# 3 Exhibit D–F# 4 Exhibit G# 5 Exhibit H–M# 6 Exhibit N–R# 7 Errata S–AA# 8 Exhibit BB–MM# 9 Exhibit NN–VV# 10 Exhibit WW–XX)(Pruitt, Eric) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 21 | TELEPHONE CONFERENCE held on 11/14/2007 before Judge Joseph S Van Bokkelen. Pla appeared by atty David Cerven and Michael J O'Rourke. Dft appeared by atty Joseph S Reid, Scott Mendeloff and LInda A Wawzenski. Discussion hld regarding various ways in which this matter might be resolved. TRO Hearing set for 11/15/2007 10:00 AM in Hammond before Judge Joseph S Van Bokkelen. (imr) (Entered: 11/15/2007) |
| 11/15/2007 | Ï 20 | (REFILED AS DE 34 AS THE ATTORNEY'S SIGNATURE ON THIS DOCUMENT DID NOT MATCH THE LOGIN &PASSWORD) BRIEF in Opposition to 14 MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Dexia Credit Local. (Pruitt, Eric) Modified on 11/29/2007 (Alcala, Suzanne). (Entered: 11/15/2007) |
| 11/15/2007 | Ï 22 | TRO HEARING Scheduled on 11/15/2007 before Judge Joseph S Van Bokkelen. Pla Judith K Rogan appeared and by atty David Cerven, Michael J O'Rourke. Dft appeared by atty Scott Mendeloff, AUSA Joseph Reid, Special AUSA Linda A Wawzenski, Eric S. Pruitt and Gabriel Aizenberg. Parties advising the Court that they have reached a resolution with regards to the TRO issue and will file a motion to withdrawn the motion. Deft also anticipates filing a motion to transfer this case to the Northern District of Illinois. Court now sets this matter for Telephone Status Conference on November 19, 2007, at 1:30 p.m. (CST) for the purpose of issuing a briefing schedule on the pending Preliminary Injunction Motion. The Court will initiate the call. (Court Reporter Julie Churchill–Mickley.) (imr) Modified on 11/15/2007 (Rivera, Irma). (Entered: 11/15/2007) |
| 11/15/2007 | Ï | Set/Reset Hearings: Telephone Conference set for 11/19/2007 01:30 PM in Hammond before Judge Joseph S Van Bokkelen. Court to initiate the call (imr) (Entered: 11/15/2007) |
| 11/15/2007 | Ï 23 | ORDER withdrawing 14 Motion for Temporary Restraining Order. Before presentation of evidence or argument the parties have informed the Court that an agreement has been reached as to the issues relating to the closing of the sale of real property located at 476 Wexford Court Valparaiso Indiana. Signed by Judge Joseph S Van Bokkelen on 11/15/07. (kjp) (Entered: 11/15/2007) |
| 11/18/2007 | Ï 24 | MOTION to Transfer Case *to the Northern District of Illinois* by Defendant Dexia Credit Local. (Attachments: # 1 Exhibit A# 2 Exhibit B–I# 3 Exhibit J–L# 4 Exhibit M–N# 5 Exhibit O–X# 6 Exhibit Y–CC# 7 Exhibit DD# 8 Exhibit EE–JJ# 9 Exhibit KK–LL)(Pruitt, Eric) (Entered: 11/18/2007) |
| 11/18/2007 | Ï 25 | MOTION for Leave to File Excess Pages *in Support of Motion to Transfer Venue* by Defendant Dexia Credit Local. (Pruitt, Eric) (Entered: 11/18/2007) |

| 11/19/2007 | Ï 26 | MOTION for Sanctions *and Rule to Show Cause for Violation of Court Order* by Plaintiff Judith K Rogan. (Attachments: #_1 Exhibit A#_2 Exhibit B#_3 Exhibit C#_4 Exhibit D)(O'Rourke, Michael) (Entered: 11/19/2007) |
|---|---|---|
| 11/19/2007 | Ï 27 | NOTICE by Judith K Rogan re 26 MOTION for Sanctions *and Rule to Show Cause for Violation of Court Order* (O'Rourke, Michael) (Entered: 11/19/2007) |
| 11/19/2007 | Ï 28 | TELEPHONE CONFERENCE held on 11/19/2007 before Judge Joseph S Van Bokkelen. Pla appeared by atty David Cerven and Michael J O'Rourke. Dft USA appeared by atty Joseph Stewart and Linda A. Wawzenski. Deft Dexia Credit Local and Defendant Credit Bank represented by Scott Mendeloff, Eric Pruitt and Gabriel Aizenberg. Parties are to report individually to the Court by 4:00 p.m. on 11/21/07 as to how they have resolved the escrow issue. Counsel advised that the motion to transfer will be ruled on by Magistrate Judge Paul Cherry, who will also set a briefing schedule regarding non dispositive motions and discovery deadlines. This Court will consolidate the preliminary Injunction hrg and hrg on the merits. Court to issue order. (imr) (Entered: 11/19/2007) |
| 11/19/2007 | Ï 29 | To correct DE #28; Parties are to report individually to the Court by 4:00 p.m. on Tuesday, November 20, 2007. (imr) (Entered: 11/19/2007) |
| 11/19/2007 | Ï 30 | NOTICE of Appearance by Joseph A Stewart on behalf of United States of America (Stewart, Joseph) (Entered: 11/19/2007) |
| 11/19/2007 | Ï 31 | ORDER that pursuant to Fed. R. Civ. P.65 (a) (2), the hearing on the merits of this cause is consolidated with the hearing on Plaintiffs motion for preliminary injunction. The Defendant Dexia Credit Locals motion for transfer of the case is referred to Magistrate Judge Paul R. Cherry for decision. Signed by Judge Joseph S Van Bokkelen on 11/19/07. (sda) (Entered: 11/20/2007) |
| 11/20/2007 | Ï 32 | ORDER GRANTING Defendant Dexia Credit Local's 25 Motion for Leave Instanter to File Memorandum of Law In Excess of 25 Pages. The Court recognizes that Defendant has already electronically filed it s memorandum, which is docketed at entry number 24. Signed by Judge Paul R Cherry on 11/20/07. (sda) (Entered: 11/21/2007) |
| 11/26/2007 | Ï 33 | AGREED NOTICE to extend time to file answer filed by Dexia Credit Local ; answer due by December 26, 2007. (Pruitt, Eric) (Entered: 11/26/2007) |
| 11/29/2007 | Ï 34 | RESPONSE in Opposition re 14 MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Dexia Credit Local. (Aizenberg, Gabriel) (Entered: 11/29/2007) |
| 12/03/2007 | Ï 35 | ORDER re 25 MOTION for Leave to File Excess Pages in Support of Motion to Transfer Venue filed by Dexia Credit Local. Response to be filed by 12/6/2007. Reply to be filed by 12/20/2007. Signed by Judge Paul R Cherry on 12/3/2007. (smb) (Entered: 12/03/2007) |
| 12/03/2007 | Ï 36 | NOTICE by United States of America *of Concurrence with Dexia Credit Local's Motion to Transfer Venue* (Wawzenski, Linda) (Entered: 12/03/2007) |
| 12/04/2007 | Ï 37 | AMENDED ORDER taking under advisement 24 Motion to Transfer Case. Response due 12/6/07, reply due 12/20/07. Signed by Judge Paul R Cherry on 12/4/07. (kjp) Modified on 12/11/2007 to reflect amended (rmn). (Entered: 12/04/2007) |
| 12/06/2007 | Ï 38 | RESPONSE in Opposition re 24 MOTION to Transfer Case *to the Northern* |

| | | |
|---|---|---|
| | | *District of Illinois* filed by Judith K Rogan. (Attachments: #_1_ Exhibit A#_2_ Exhibit B#_3_ Exhibit C Affidavit)(O'Rourke, Michael) (Entered: 12/06/2007) |
| 12/13/2007 | Ï 39 | NOTICE of Hearing: Telephonic Rule 16 Preliminary Pretrial Conference set for 1/10/2008 02:00 PM (Chic/Hmd time) before Magistrate Judge Paul R Cherry. Proposed joint discovery plan in accordance with FRCP 26(f) due 1/7/2008.(smb) (Entered: 12/13/2007) |
| 12/13/2007 | Ï 40 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties (Standard Track). (smb) (Entered: 12/13/2007) |
| 12/18/2007 | Ï 41 | MOTION to Stay *discovery and to extend time to answer or otherwise plead* by Defendant United States of America. (Stewart, Joseph) (Entered: 12/18/2007) |
| 12/18/2007 | Ï 42 | CERTIFICATE OF SERVICE by United States of America re_41_ MOTION to Stay *discovery and to extend time to answer or otherwise plead* (Stewart, Joseph) (Entered: 12/18/2007) |
| 12/18/2007 | Ï 43 | MOTION to Stay *Discovery and to Extend Time to Answer or Otherwise Plead* by Defendant Dexia Credit Local. (Pruitt, Eric) (Entered: 12/18/2007) |
| 12/18/2007 | Ï 44 | CERTIFICATE OF SERVICE by Dexia Credit Local re_43_ MOTION to Stay *Discovery and to Extend Time to Answer or Otherwise Plead* (Pruitt, Eric) (Entered: 12/18/2007) |
| 12/20/2007 | Ï 45 | ORDER taking under advisement_41_ USA Motion to Stay; taking under advisement_43_ Defend Dexia Credit Local Motion to Stay. Response(s) to be filed by 12/26/2007 4:00 pm. Reply(s) to be filed by 12/28/2007 12:00 noon. Signed by Judge Paul R Cherry on 12/20/2007. (smb) (Entered: 12/20/2007) |
| 12/21/2007 | Ï 46 | REPLY to Response to Motion re_24_ MOTION to Transfer Case *to the Northern District of Illinois* filed by Dexia Credit Local. (Pruitt, Eric) (Entered: 12/21/2007) |
| 12/21/2007 | Ï 47 | REPLY to Response to Motion re_24_ MOTION to Transfer Case *to the Northern District of Illinois Exhibits to Reply Brief* filed by Dexia Credit Local. (Attachments: #_1_ Exhibit A#_2_ Exhibit B#_3_ Exhibit C#_4_ Exhibit Exhibits 1–2 to Ex. C#_5_ Exhibit Exhibits 3–4 to Ex. C#_6_ Exhibit Exhibit 5 to Ex. C#_7_ Exhibit D–G#_8_ Exhibit H#_9_ Exhibit I#_10_ Exhibit J#_11_ Exhibit K–M#_12_ Exhibit N#_13_ Exhibit O#_14_ Exhibit P#_15_ Exhibit Q)(Pruitt, Eric) (Entered: 12/21/2007) |
| 12/21/2007 | Ï 48 | MOTION for Leave to File *Reply Brief (Dkt. 46) in Excess of 15 Pages* by Defendant Dexia Credit Local. (Pruitt, Eric) (Entered: 12/21/2007) |
| 12/26/2007 | Ï 49 | RESPONSE in Opposition re_41_ MOTION to Stay *discovery and to extend time to answer or otherwise plead*,_43_ MOTION to Stay *Discovery and to Extend Time to Answer or Otherwise Plead* filed by Judith K Rogan. (Attachments: #_1_ Exhibit A#_2_ Exhibit B)(O'Rourke, Michael) (Entered: 12/26/2007) |
| 12/26/2007 | Ï 50 | NOTICE by Judith K Rogan re_49_ Response in Opposition to Motion, *and certificate of service* (O'Rourke, Michael) (Entered: 12/26/2007) |
| 12/27/2007 | Ï 51 | ORDER granting_48_ Motion for Leave to File Reply Brief. Signed by Judge Paul R Cherry on 12/27/07. (kjp) (Entered: 12/27/2007) |
| 12/28/2007 | Ï 52 | REPLY to Response to Motion re_43_ MOTION to Stay *Discovery and to Extend Time to Answer or Otherwise Plead* filed by Dexia Credit Local. |

| | | (Attachments: #_1_ Exhibit)(Pruitt, Eric) (Entered: 12/28/2007) |
|---|---|---|
| 12/28/2007 | Ï 53 | ORDER granting 43 MOTION to Stay *Discovery and to Extend Time to Answer or Otherwise Plead* filed by Dexia Credit Local, and granting 41 MOTION to Stay *discovery and to extend time to answer or otherwise plead* filed by United States of America. United States of America's answer is due 2/11/2008. Discovery is stayed pending resolution of motion to transfer venue. Signed by Judge Paul R Cherry on 12/28/07. (kjp) (Entered: 01/03/2008) |
| 01/07/2008 | Ï | NOTICE: the Telephonic Preliminary Pretrial Conference set for 1/10/2008 at 2:00 PM CST before the Magistrate Judge is continued generally without new date in light of the Court's Order at 53 issued 12/28/2007. The conference will be rescheduled where necessary after resolution of the motion to transfer venue. By Judge Paul R Cherry on 1/7/2008. No pdf order to be issued. (smb) (Entered: 01/07/2008) |
| 01/24/2008 | Ï 54 | TRANSCRIPT of TRO Hearing Proceedings held on 11/15/07 before Judge Joseph Van Bokkelen. Court Reporter: Julie Churchill–Mickley. (kjp) (Entered: 01/24/2008) |
| 01/31/2008 | Ï 55 | OPINION AND ORDER transferring case to the Northern District of Illinois, granting 24 MOTION to Transfer. Motions terminated: 4 MOTION for Preliminary Injunction filed by Judith K Rogan, 26 MOTION for Sanctions *and Rule to Show Cause for Violation of Court Order* filed by Judith K Rogan. ***Civil Case Terminated. Signed by Magistrate Judge Paul R Cherry on 1/31/08. cc: USDC Clerk, N Ill(kjp) (Entered: 01/31/2008) |
| 02/05/2008 | Ï 56 | Letter to USDC Clerk for the Northern District of Illinois regarding case transfer. (kjp) (Entered: 02/05/2008) |
| 02/05/2008 | Ï 57 | MOTION for Review of Magistrate Judge Decision by a District Judge re 55 Order Transferring Case to Other District,, Terminate Motions,, Terminate Civil Case, by Plaintiff Judith K Rogan. (O'Rourke, Michael) (Entered: 02/05/2008) |
| 02/05/2008 | Ï 58 | BRIEF in Support of 57 MOTION for Review of Magistrate Judge Decision by a District Judge re 55 Order Transferring Case to Other District,, Terminate Motions,, Terminate Civil Case, filed by Judith K Rogan. (O'Rourke, Michael) (Entered: 02/05/2008) |
| 02/05/2008 | Ï 59 | NOTICE by Judith K Rogan re 57 MOTION for Review of Magistrate Judge Decision by a District Judge re 55 Order Transferring Case to Other District,, Terminate Motions,, Terminate Civil Case,, 58 Brief in Support *and certificate of service* (O'Rourke, Michael) (Entered: 02/05/2008) |
| 02/06/2008 | Ï 60 | MOTION to Dismiss *United States' Motion to Strike Judith Rogan's Motion to Review (No. 57) for Lack of Jurisdiction* by Defendant United States of America. (Stewart, Joseph) (Entered: 02/06/2008) |
| 02/06/2008 | Ï 61 | ORDER re 55 Order Transferring Case to Other District and 57 MOTION for Review of Magistrate Judge Decision by a District Judge. Dft's Response to be filed by 2/21/2008. Pltf shall have 7 days from date of service of response to reply. Signed by Judge Joseph S Van Bokkelen on 2/6/08. (kjp) (Entered: 02/06/2008) |
| 02/07/2008 | Ï 62 | ORDER staying 55 Order Transferring Case to Northern District of Illinois, pltf has 10 days to file objections. Case reopened. Signed by Judge Joseph S Van |

| | | |
|---|---|---|
| | | Bokkelen on 2/7/08. (kjp) (Entered: 02/07/2008) |
| 02/11/2008 | Ï 63 | Second MOTION for Extension of Time to File Answer by Defendant United States of America. (Stewart, Joseph) (Entered: 02/11/2008) |
| 02/13/2008 | Ï 64 | ORDER granting 63 Motion for Extension of Time to Answer. Dexia and United States of America answers due 3/12/2008. Signed by Magistrate Judge Paul R Cherry on 2/13/08. (kjp) Modified on 2/14/2008 to reflect extension as to both dfts (kjp). (Entered: 02/13/2008) |
| 02/13/2008 | Ï | Set/Reset Deadlines: Dexia's answer due 3/12/08 (kjp) (Entered: 02/14/2008) |
| 02/21/2008 | Ï 65 | RESPONSE in Opposition re 57 MOTION for Review of Magistrate Judge Decision by a District Judge re 55 Order Transferring Case to Other District,, Terminate Motions,, Terminate Civil Case, filed by Dexia Credit Local. (Attachments: # 1 Exhibit E. Pruitt Declaration)(Pruitt, Eric) (Entered: 02/21/2008) |
| 02/22/2008 | Ï 66 | MOTION To Schedule Oral Argument by Plaintiff Judith K Rogan. (Cerven, David) (Entered: 02/22/2008) |
| 02/24/2008 | Ï 67 | RESPONSE to Motion re 57 MOTION for Review of Magistrate Judge Decision by a District Judge re 55 Order Transferring Case to Other District,, Terminate Motions,, Terminate Civil Case, filed by United States of America. (Stewart, Joseph) (Entered: 02/24/2008) |
| 02/25/2008 | Ï 68 | RESPONSE in Opposition re 66 MOTION To Schedule Oral Argument filed by Dexia Credit Local. (Pruitt, Eric) (Entered: 02/25/2008) |
| 02/28/2008 | Ï 69 | REPLY to Response to Motion re 57 MOTION for Review of Magistrate Judge Decision by a District Judge re 55 Order Transferring Case to Other District,, Terminate Motions,, Terminate Civil Case, filed by Judith K Rogan. EXHIBITS STRICKEN PER DE#78 (Attachments: # 1 Exhibit A – D)(O'Rourke, Michael) (kjp). Modified on 5/5/2008 (kjp). (Entered: 02/28/2008) |
| 02/28/2008 | Ï 70 | NOTICE by Judith K Rogan re 69 Reply to Response to Motion, *and Certificate of Service* (O'Rourke, Michael) (Entered: 02/28/2008) |
| 02/29/2008 | Ï 71 | MOTION Strike Exhibits to Plaintiff's Reply in Support of Objections to Transfer Order re 69 Reply to Response to Motion, by Defendant Dexia Credit Local. (Aizenberg, Gabriel) (Entered: 02/29/2008) |
| 02/29/2008 | Ï 72 | NOTICE by Dexia Credit Local re 71 MOTION Strike Exhibits to Plaintiff's Reply in Support of Objections to Transfer Order re 69 Reply to Response to Motion, (Aizenberg, Gabriel) (Entered: 02/29/2008) |
| 03/11/2008 | Ï 73 | Third MOTION for Extension of Time to File Answer by Defendant United States of America. (Stewart, Joseph) (Entered: 03/11/2008) |
| 03/12/2008 | Ï 74 | ORDER granting 73 Motion for Extension of Time to Answer re 1 Complaint. United States of America, Dexia Credit Local, Credit Bank, Credit Local de France answers due 4/11/2008.. Signed by Magistrate Judge Paul R Cherry on 3/12/08. (kjp) (Entered: 03/12/2008) |
| 04/11/2008 | Ï 75 | MOTION for Extension of Time to File Answer re 1 Complaint, *or otherwise plead* by Defendant United States of America. (Wawzenski, Linda) (Entered: 04/11/2008) |

| 04/14/2008 | Ï 76 | ORDER granting 75 Motion for Extension of Time to Answer re 1 Complaint, United States of America answer due 5/12/2008.. Signed by Magistrate Judge Paul R Cherry on 4/14/8.(kjp) (Entered: 04/15/2008) |
|---|---|---|
| 04/30/2008 | Ï 77 | OPINION AND ORDER denying 57 Motion for Review of Magistrate Judge Decision by a District Judge. The objections 58 to the Opinion and Order are overruled and the 66 Motion for oral argument is denied. Signed by Judge Joseph S Van Bokkelen on 4/30/08. (kjp) (Entered: 05/01/2008) |
| 05/05/2008 | Ï 78 | ORDER granting 71 Motion to strike exhibits A–D of reply 69 . Signed by Judge Joseph S Van Bokkelen on 5/5/08. (kjp) (Entered: 05/05/2008) |
| 05/21/2008 | Ï 79 | Case transferred to the Northern District of Illinois per Opinion and Order, DE# 77 entered on 4/30/08 and instruction from chambers. (kjp) (Entered: 05/21/2008) |