# United States District Court
# Northern District of Illinois

In the Matter of

Rogan

v.

USA

Case No. 08 C 3057

Designated Magistrate Judge
Maria Valdez

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Amy St. Eve** to be related to **07C6398** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Matthew F. Kennelly

Dated: June 25, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Matthew F. Kennelly**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: JUN 2 6 2008

FILED - 2008 JUN 26 PM 3:53 - U.S. DISTRICT COURT

Finding of Relatedness (Rev. 9/99)