## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Judith K. Rogan

                              Plaintiff,

v.                                                Case No.: 1:08−cv−03057
                                                       Honorable Matthew F. Kennelly

United States of America, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly: Because the plaintiff in this case has now filed her claims as a counterclaim in Case No. 07 C 6398, there is no reason to have the present case pending as a separate case. The Clerk is therefore directed to terminate this case.Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.